AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
Edward Badalian

*Defendant*

Case No. 1:21-cr-246
Assign to: Judge Amy B. Jackson
Description: SUPERSEDING INDICTMENT (B)
Case Related to 21-cr-246 (ABJ)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Edward Badalian

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 371 (Conspiracy)
18 U.S.C. § 1512(c)(2) (Obstruction of an Official Proceeding and Aiding and Abetting)
18 U.S.C. § 1512(c)(1) (Tampering with Documents or Proceedings)
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds)

Date: 11/10/2021

Zia M. Faruqui
2021.11.10 12:58:19
-05'00'

*Issuing officer's signature*

City and state: Washington, DC

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/10/2021, and the person was arrested on *(date)* 11/17/2021
at *(city and state)* Los Angeles, CA

Date: 11/18/2021

*Arresting officer's signature*

Special Agent Erin Norwood
*Printed name and title*