RECEIVED
DEC 1 4 2021
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*Leave to file granted*
*ABJ 12/15/21*

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 21-cr-246-2 (ABJ) |
| EDWARD BADALIAN, | : |
| Defendant. | : |

### DEFENDANT'S RESPONSE TO THE UNITED STATES OF AMERICA'S PROPOSED MODIFICATION OF HIS CONDITIONS OF RELEASE

Defendant EDWARD BADALIAN submits his response to the UNITED STATES OF AMERICA'S (hereinafter "GOVERNMENT") proposed modification of his conditions of release as follows: Defendant EDWARD BADALIAN has no objections to the GOVERNMENT'S proposed modification of conditions of release reflected in the status report of the Pretrial Services Agency for the District of Columbia (docket # 70).

Further, in compliance with the Local Criminal Rule 44.1, on December 3, 2021, Tigran Martinian, the counsel of record for the Defendant, EDWARD BADALIAN, filed an Application for Admission to the United States District Courts for the District of Columbia. Such Application has been accepted by the Court on December 13, 2021. The Application is now pending final approval from the assigned judge on the first date of the motion hearing which is scheduled for January 3, 2022.

Tigran Martinian further complied with the Oath of Admission and payment requirements of the Court.

        Respectfully submitted,

        MARTINIAN AND ASSOCIATES, INC.

        BY: _____
        TIGRAN MARTINIAN
        Attorney for Defendant,
        Edward Badalian
        2801 Cahuenga Blvd., West
        Los Angeles, CA 90058
        323-850-1900
        tm@martinianlaw.com