TIGRAN MARTINIAN, ESQ.
CSB#: 247638
DCB ID#: CA00133
Martinian & Associates, Inc.
2801 Cahuenga Boulevard West
Los Angeles, California 90068
Telephone: (323) 850-1900
Email: tm@martinianlaw.com

Attorney for Defendant
EDWARD BADALIAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

     **Plaintiff**

                                **Case Number: 21-cr-246**

**DANIEL JOSEPH "DJ" RODRIGUEZ,**
**(Counts 1, 2, 3, 4, 6, 7, 8, 10)**

**EDWARD BADALIAN**
**(Counts 1, 2, 3, 10)**

     **Defendants.**

_____/

## EDWARD BADALIAN'S AMENDED NOTICE OF INTENT

**COMES NOW,** the Defendant, EDWARD BADALIAN, by and through his

undersigned attorney, and files the following Notices:

1) Due to the extremely voluminous nature of discovery, which the undersigned has not

    completely reviewed and analyzed, and the undersigned's ongoing investigation into

    the charges in the instant indictment, MR. BADALIAN cannot represent, at this

    juncture, that he intends to file any motion pursuant to Fed. R. Crim. Proc.

    12(b)(3)(B)(i)-(iii) and (v) alleging any defect or defects in the indictment or any

1

motions to suppress evidence pursuant to Rule 12(b)(3)(C). Since he cannot represent that he intends to file any of the aforesaid motions at this time, MR. BADALIAN has not conferred with the Government concerning a schedule for filing such motions.

2) MR. BADALIAN can represent that he intends to file motions alleging improper joinder under Rule 12(b)(3)(B)(iv) or seeking severance of charges or defendants under Rules 12(b)(3)(D) and 14. Said motions may be set within one hundred and twenty (120) days of the date of this Notice.

   **I HEREBY CERTIFY** that on the 24th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kimberly Paschall, Assistant U.S. Attorney, Tara Ravindra Assistant U.S. Attorney.

Respectfully submitted,

/s/ Tigran Martinian

**TIGRAN MARTINIAN, ESQ.**
CSB#: 247638
DCB ID#: CA00133
Attorney for Defendant Badalian
Martinian & Associates, Inc.
2801 Cahuenga Boulevard West
Los Angeles, California 90068
Telephone: (323) 850-1900
Email: *tm@martinianlaw.com*

Attorney for Defendant,
EDWARD BADALIAN