NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                           Criminal Number  21-cr-246

**EDWARD BADALIAN**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

/S/ ANUSH MELKONYAN
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Anush Melkonyan, DCB ID#: CA00137
(Attorney & Bar ID Number)

Martinian & Associates, Inc.
(Firm Name)

2801 Cahuenga Boulevard West
(Street Address)

Los Angeles, California 90068
(City)         (State)         (Zip)

(323) 952-2981
(Telephone Number)