IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                   ) | CRIMINAL NO. 21-cr-246 (ABJ) |
| ) | |
| ) | |
| EDWARD BADALIAN                      ) | |

**Motion for admission of attorney Robert M. Helfend, *Pro Hac Vice***

Pursuant to Criminal Local Rule 44.1 (c) & (d), Defendant EDWARD BADALIAN moves for the admission and appearance of attorney Robert M. Helfend, *pro hac vice* in the above-captioned case.  This motion is supported by the Declaration of Mr. Helfend filed herewith.  As set forth in Mr. Helfend's declaration, he is admitted and an active member in good standing in the following courts and bars:

1. The State of California; and
2. All United States District Courts in the State of California.

This motion is supported and signed by Kira Anne West, an active and sponsoring member of the Bar of this Court.

Dated September 21, 2022.

Respectfully submitted,

KIRA ANNE WEST

*/s/ Kira Anne West*
DC Bar No. 993523
712 H Street N.E., Unit #509
Washington, D.C.  20002
Phone:  202-236-2042
kiraannewest@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify on the 21st day of September2022, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

*/s/ Kira Anne West*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 21-cr-246 (ABJ) |
| ) | |
| EDWARD BADALIAN ) | |

**ORDER**

Pending before the Court is the motion of defendant EDWARD BADALIAN seeking admission of his attorney, ROBERT M. HELFEND, for admission to this Court *pro hac vice* with support from attorney Kira Anne West, a member in good standing in this Court. Upon consideration of the motion, finding it meritorious, the Court grants attorney Helfend's *pro hac vice* admission to this Court. Attorney Helfend shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. All pleadings in the above captioned case must also be signed by sponsoring counsel, Ms. Kira Anne West.

SO ORDERED this _____ day of September, 2022.

_____

Amy Berman Jackson
United States District Judge