AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ District of _____ COLUMBIA _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>     Plaintiff (s),<br>V.<br>EDWARD BADALIAN<br>     Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 21-cr-246 |

Notice is hereby given that, subject to approval by the court, __EDWARD BADALIAN__ substitutes
                      (Party (s) Name)

__ROBERT M. HELFEND__ , State Bar No. __113380 - CALIF.__ as counsel of record in
 (Name of New Attorney)

place of __TIGRAN MARTINIAN AND ANUSH MELKONYAN__ .
      (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:    ROBERT M. HELFEND
 Address:     23838 Pacific Coast Hwy., NO. 309, Malibu, CA 90265
 Telephone:    (310) 456-3317     Facsimile (818) 222-1530
 E-Mail (Optional):  rmhelfend@gamil.com

I consent to the above substitution.
Date:  9/11/22                _[signature]_
                          (Signature of Party (s))

I consent to being substituted.
Date:  9-12-22
    9/12/2022          _[signature]_
                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date:  9-11-22             _[signature]_
                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____       _____
                               Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]