IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-246 (ABJ) |
| | ) | |
| | ) | |
| EDWARD BADALIAN | ) | |

**NOTICE OF APPEARANCE**

COMES NOW Kira Anne West, pursuant to Local Criminal Rule 44.1 and enters her appearance as sponsoring counsel for attorney Robert Helfend on behalf of defendant Edward Badalian in the above captioned case.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 27th day of September, 2022 a copy of same was delivered to the parties of record, by ECF pursuant to the Covid standing order and the rules of the Clerk of Court.

                                                  /S/
                                    Kira Anne West