AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cr-246 |
| EDWARD BADALIAN | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Edward Badalian .

Date: 10-1-22

/s/ Robert M. Helfend
*Attorney's signature*

ROBERT M. HELFEND, CAL BAR. NO. 113380
*Printed name and bar number*
23838 Pacific Coast Hwy., No. 309
Malibu, CA 90265
PRO HAC VICE

*Address*

rmhelfend@gamil.com
*E-mail address*

(310) 456-3317
*Telephone number*

(818) 222-1530
*FAX number*

Print   Save As...   Reset