IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-cr-246 (ABJ) |
| | ) | |
| | ) | |
| EDWARD BADALIAN | ) | |

### Notice of Filing

Notice is hereby given that Edward Badalian, through his Attorney of Record, Robert M. Helfend, has filed his Jury Questionnaire attached as Exhibit 1.


Dated: October 7, 2022                              Respectfully submitted,


By:      /s/                          
Robert M. Helfend
California Bar No. 113380
23838 Pacific Coast Hwy., No. 309
Malibu, CA 90265
310-456-3317
rmhelfend@gmail.com


By:      /s/                          
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com


1

## **CERTIFICATE OF SERVICE**

I hereby certify on the 7th day of October, 2022, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the  rules of the Clerk of Court.

*/s/ Robert Helfend*