TIGRAN MARTINIAN, ESQ.
CSB#: 247638
Martinian & Associates, Inc.
2801 Cahuenga Boulevard West
Los Angeles, California 90068
Telephone: (323) 850-1900
Email: tm@martinianlaw.com

Attorney for Defendant,
EDWARD BADALIAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

    Plaintiff

DANIEL JOSEPH "DJ" RODRIGUEZ,
(Counts 1, 2, 3, 4, 6, 7, 8, 10)

EDWARD BADALIAN
(Counts 1, 2, 3, 10)

    Defendants.
_____/

Case Number: 21-cr-246
[Oral Argument Requested]

**MOTION TO BE WITHDRAWN AS COUNSEL OF RECORD FOR THE**

**DEFENDANT EDWARD BADALIAN**

Come now Attorneys Tigran Martinian and Anush Melkonyan, who are presently counsel of record for the Defendant, EDWARD BADALIAN, and hereby move this Court to be withdrawn as counsel of record for Defendant EDWARD BADALIAN on the grounds that Defendant EDWARD BADALIAN has retained a new attorney who has appeared on his behalf through pro hac vice application.

1

     **I HEREBY CERTIFY** that on the 7th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kimberly Paschall, Assistant U.S. Attorney.

Respectfully submitted,

s/ Tigran Martinian

**TIGRAN MARTINIAN, ESQ.**
CSB#: 247638
Attorney for Defendant Badalian
Martinian & Associates, Inc.
2801 Cahuenga Boulevard West
Los Angeles, California 90068
Telephone: (323) 850-1900
Email: tm@martinianlaw.com

Attorney for Defendant,
EDWARD BADALIAN