UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-cr-246-2 (ABJ) |
| : | |
| **EDWARD BADALIAN,** : | |
| : | |
| : | |
| **Defendant.** : | |

**RESPONSE TO MOTION FOR JUROR QUESTIONNAIRE**

The United States of America hereby responds to defendant Edward Badalian's motion for a juror questionnaire. ECF No. 130. The United States does not oppose the motion, nor does it oppose the questionnaire proposed by defendant Badalian.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:       /s/
KIMBERLY L. PASCHALL
Assistant United States Attorney
D.C. Bar No. 1015665
601 D Street N.W., Room 5.1308
Washington, D.C. 20530
Kimberly.Paschall@usdoj.gov
(202) 252-2650