IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>)<br>EDWARD BADALIAN )  | CRIMINAL NO. 21-cr-246 (ABJ) |

**Notice of Filing**

    Notice is hereby given that Edward Badalian, through his Attorney of Record, Robert M. Helfend, files this Waiver of Appearance, attached as Exhibit 1, for the February 10, 2023 proceeding to circulate the juror questionnaire.

Dated: December 26, 2022                                                  Respectfully submitted,

                                                 By:    /s/
                                                    Robert M. Helfend
                                                    23838 Pacific Coast Hwy., No. 309
                                                    Malibu, CA 90265
                                                    310-456-3317
                                                    rmhelfend@gmail.com

                                               By:      /s/
                                                   Kira Anne West
                                                   DC Bar No. 993523
                                                   712 H Street N.E., Unit 509
                                                   Washington, D.C. 20002
                                                   Phone: 202-236-2042
                                                   kiraannewest@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify on the 26th day of December, 2022, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record pursuant to the rules of the Clerk of Court.

*/s/ Robert Helfend*
Robert Helfend