| EXHIBITS | | |
|---|---|---|
| Government | ☐ | |
| Plaintiff | ☐ | |
| Defendant | ☑ | |
| Joint | ☐ | |
| Court | | |

UNITED STATES OF AMERICA
VS.
Daniel Rodriguez, et al.

Civil/Criminal No. 21-cr-246

| Exhibit Number | DESCRIPTION OF EXHIBITS | GOVERNMENT OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SE (date & tim |
|---|---|---|---|---|---|---|
| **Category: 000** | **Video** | | | | | |
| 001 | Badalian restraining window breaker | Hearsay, if it includes audio. | | | | |
| 002 | Exiting from inside the capitol after police say it's safe (20 seconds) | No objections. | | | | |
| 003 | Info Wars Interview with Badalian | Hearsay. | | | | |
| 004 | Badalian restraining window breaker | Hearsay, if it includes audio. | | | | |
| 005 | Trump supporters stop window smasher | Hearsay, if it includes audio. | | | | |
| 006 | RSBN Video at :50:20 Gina speaking to Badalian | No objections. | | | | |
| 007 | LOBS D.C. BURNING 18:08 Badalian righting a chair | No objections. | | | | |
| **Category:** | **Screen shots of text messages** | | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | GOVERNMENT OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SE (date & time |
|---|---|---|---|---|---|---|
| 008 | Being saying "being on grounds isn't illegal." | Hearsay | | | | |
| 009 | Badalian saying he has video of restraining antifa breaking shit | Hearsay | | | | |
| 010 | Badalian saying "no attacking cops" | Hearsay | | | | |
| 011 | Badalian saying "If they attack bldgs., they are getting rect." | Hearsay | | | | |
| 012 | Badalian to Gina "We should offer to hlp authorities through a lawyer." | Hearsay | | | | |
| 013 | Screenshot of smoke while Badaian is in front of window | No objections. | | | | |
| | | | | | | |