# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No.: 21-cr-246 (ABJ) |
| | : | |
| DANIEL RODRIGUEZ (1) | : | |
| EDWARD BADALIAN (2) | : | |
| | : | |
| Defendant. | : | |
| | : | |

## RESPONSE TO COURT ORDER

Pursuant to this Court's Order on September 14, 2022 (ECF No. 122) and Minute Order on February 1, 2023, the United States and defendants Daniel Rodriguez and Edward Badalian hereby submit the attached Government's Exhibit List and corresponding objections. As the parties anticipate disposition with respect to Daniel Rodriguez, the parties are not filing the transcript with annotations as noted in the Minute Order from February 1, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:    /s/   *Kimberly L. Paschall*
KIMBERLY L. PASCHALL
ANTHONY W. MARIANO
Assistant United States Attorneys
D.C. Bar No. 1015665
M.A. Bar No. 688559
United States Attorney's Office
Capitol Siege Section
601 D Street NW
Washington, D.C. 20530
202-252-2650 (Paschall)

                                            Kimberly.paschall@usdoj.gov
                                            202-476-0319 (Mariano)
                                            Anthony.Mariano2@usdoj.gov