IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-cr-246 (ABJ) |
| | ) | |
| | ) | |
| EDWARD BADALIAN | ) | |

**Notice of Filing**

Notice is hereby given that undersigned counsel will be out of the country from February 10th to February 20th, 2023 and unable to respond to any email or other correspondence. Undersigned counsel is *pro hac vice* counsel in the above entitled case.

Respectfully submitted,

By: _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

1

**CERTIFICATE OF SERVICE**

I hereby certify on the 6th day of February, 2023, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record pursuant to the rules of the Clerk of Court.

/s/_____
Kira Anne West