IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-cr-246 (ABJ) |
| | ) | |
| | ) | |
| EDWARD BADALIAN | ) | |

**Defendant's Unopposed Motion for Bench Trial**

Edward Badalian, through his Attorney, Robert M. Helfend, respectfully files this Motion for a Bench Trial on the above-captioned matter.

Undersigned counsel conferred with AUSA Paschall who does not oppose this motion.

Dated: February 8, 2023

Respectfully submitted,

By: \_\_\_\_/s/_____
Robert M. Helfend
California Bar No. 113380
23838 Pacific Coast Hwy., No. 309
Malibu, CA 90265
310-456-3317
rmhelfend@gmail.com

By: _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify on the 8th day of February, 2023, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

*/s/ Robert Helfend*