IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-cr-246 (ABJ) |
| | ) | |
| | ) | |
| EDWARD BADALIAN | ) | |

**<u>Notice of Mr. Badalian's Health Status</u>**

Edward Badalian, through his Attorney, Robert M. Helfend, respectfully files this Notice to the Court of the current status of Mr. Badalian's health.

Counsel has been in contact with Mr. Badalian who has been ill with a sore throat and cold-like symptoms for the past 4 days. Today, Mr. Badalian informed Counsel that the "sore throat became a dry cough." On 2-16-23 Mr. Badalian can be present in Court but will be "sniffling and sneezing and coughing."

Counsel is asking the Court to advise whether Mr. Badalian can appear via zoom, or would the Court choose to continue the Pretrial to the following week or whether the Court prefers Mr. Badalian to be present under his current medical status.

Undersigned counsel conferred with AUSA Paschall who takes no position on this Notice.

Dated: February 13, 2023                             Respectfully submitted,

                                                   By:    /s/
                                                       Robert M. Helfend
                                                       California Bar No. 113380
                                                       23838 Pacific Coast Hwy., No. 309
                                                       Malibu, CA 90265
                                                       310-456-3317
                                                       rmhelfend@gmail.com
                                                  By:      /s/
                                                       Kira Anne West
                                                       DC Bar No. 993523
                                                       712 H Street N.E., Unit 509
                                                       Washington, D.C. 20002
                                                       Phone: 202-236-2042
                                                       kiraannewest@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify on the 13th day of February, 2023, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

*/s/ Robert Helfend*