# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No.: 21-cr-246-2 (ABJ) |
| | : | |
| EDWARD BADALIAN (2) | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT REVISED EXHIBIT LIST

Pursuant to this Court's Order on September 14, 2022 (ECF No. 122), Minute Order on February 1, 2023, and Minute Order on February 14, 2023, the United States and defendant Edward Badalian hereby submit the attached Government's Revised Exhibit List and corresponding objections.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   /s/ *Kimberly L. Paschall*
KIMBERLY L. PASCHALL
ANTHONY W. MARIANO
Assistant United States Attorneys
D.C. Bar No. 1015665
M.A. Bar No. 688559
United States Attorney's Office
Capitol Siege Section
601 D Street NW
Washington, D.C. 20530
202-252-2650 (Paschall)
Kimberly.paschall@usdoj.gov
202-476-0319 (Mariano)
Anthony.Mariano2@usdoj.gov