| Government | ✓ |
|---|---|
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

**UNITED STATES OF AMERICA**

**VS.**

Edward Badalian

Civil/Criminal No. 2 1 - c r - 2 4 6

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| Category: 000 | **Video Montages** | | | |
| 001 | U.S. Capitol Police CCTV Camera Montage | 403 since Badalian is not in the video | | |
| 002 | Official Proceeding Montage House and Senate Floor Cameras | Hearsay, if audio | | |
| Category: 100 | **United States Capitol Police Surveillance Video** | | | |
| 101 | USCP Camera 0074 – Interior of Lower West Terrace "Tunnel" | 403 irrelevant if no Badalian | | |
| 102 | USCP Camera 0944 – Exterior of West Plaza | 403, irrelevant if no Badalian | | |
| 103 | USCP Camera 0944- Time Lapse Video West Plaza | No objection | | |
| 104 | USCP Camera 0462 – Vice President Evacuated from Senate Office | No objection | | |
| Category: 200 | **Body Worn Camera Video from Metropolitan Police Department Officers, January 6, 2021** | | | |
| 203 | Body Worn Camera – Officer Fanone, at 15:02 | 403, not relevant to Badalian | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 204 | Body Worn Camera- Officer Fanone, at 15:18 | 403, not relevant to Badalian | | |
| 205 | Body Worn Camera – Sergeant Mastony, at 13:35 | 403, not relevant to Badalian | | |
| 206 | Body Worn Camera – Sergeant Mastony, at 15:09 | 403, not relevant to Badalian | | |
| 209 | Body Worn Camera – Mott, at 16:35 | 403, not relevant to Badalian | | |
| Category: 300 | Open Source Videos | | | |
| 301 | Farina, Jon – Open Source Video from Tunnel | 403, not relevant to Badalian | | |
| 302 | "Political Trance" Video 5b_lpJf42ss – Open Source Video | 403, not relevant to Badalian | | |
| 303 | InfoWars Video January 8, 2021 | No objection | | |
| 304 | GoPro Video, January 6, 2021 | 403, not relevant to Badalian | | |
| 305 | Jeremy Lee Quinn Unblocked Video Full | No objection | | |
| 306 | LOBS Short Docs Video | No objection | | |
| 307 | Jarrett Robertson NYC Video Full | No objection if edited to relevant video | | |
| 307.1 | Jarrett Robertson Inside Building Clip | No objection | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 308 | Right Side Broadcasting Network Video | No objection if edited to relevant video - 403 | | |
| 311 | Rodriguez at the Ellipse Speeches, available at https://archive.org/details/gM4D3jKYtPYaTwq5v | Hearsay irrelevant, 403 | | |
| 314 | Video of Giuliani and Eastman Speeches | Hearsay irrelevant, 403 | | |
| 315 | Transcript of Giuliani and Eastman Speeches | 403 irrelevant | | |
| 316 | Video of then-President Trump Speech | 403 irrelevant | | |
| 317 | Transcript of then-President Trump Speech | 403 irrelevant | | |
| 318 | Alyssa Marotta Washington protest video | 403 irrelevant | | |
| 319 | SCNR/Maranie Rae Stabb video | No objection | | |
| 320 | Parler Window 349pm 0lmypbT9naSL video | No objection | | |
| 321 | Dr. Gina and Edward Badalian Speak on DOJ and J6 | No objection | | |
| 322.01 | Clip from Documentary Jan. 6 Footage- Speeches at the Ellipse | 403 irrelevant if not edited to actions involving Badalian | | |
| 322.02 | Clip from Documentary Jan. 6 Footage- of Lower West Terrace | 403 irrelevant if not edited to actions involving Badalian | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| **Category: 400** | **Videos Recovered from Private Individuals** | | | |
| 415 | Bisignano IMG_5062.MOV; Video from Gina Bisignano | Irrelevant to Badalian - 403 | | |
| 422 | Bisignano IMG_5087.MOV; Video from Gina Bisignano | No objection | | |
| 423 | Bisignano IMG_5089.MOV; Video from Gina Bisignano | Irrelevant to Badalian – 403 hearsay | | |
| 424 | Bisignano IMG_5092.MOV; Video from Gina Bisignano | Hearsay irrelevant, 403 | | |
| 425 | BIsignano IMG_5096.MOV; Video from Gina Bisignano | Irrelevant to Badalian – 403 hearsay | | |
| 433 | St. Cyr Google account  IMG_2797; Video from Yvonne St. Cyr | Irrelevant to Badalian – 403 hearsay | | |
| 436 | Video from Jacob Chansley | No objection | | |
| 437 | Melagrano IMG_6635; Video from Melagrano | Hearsay irrelevant, 403 | | |
| 438 | Melagrano IMG_6658; Video from Melagrano | No objection | | |
| 439 | Melagrano IMG_6667; Video from Melagrano | Hearsay irrelevant, 403 | | |
| 440 | Melagrano IMG_6679; Video from Melagrano | Hearsay irrelevant, 403 | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 441 | Howell; Video from Howell | No objection | | |
| **Category: 500** | **Photos** | | | |
| 504 | Photo- Patriots 45 Chat members on the Mall | No objection | | |
| 506 | Photo- Badalian and Bisignano | No objection | | |
| 507 | Capitol Grounds photo | No objection | | |
| 508 | Capitol Grounds with Perimeter | No objection | | |
| 509 | Capitol Grounds with "Area Closed" Capitol Police signs on fencing | No objection | | |
| 510 | "Area Closed" Capitol Police sign | No objection | | |
| 511 | "Area Closed" sign on fencing at Peace Circle | No objection | | |
| 512 | "Souvenir Photo Op" Rodriguez with Escape Hood | Irrelevant if Rodriguez not a co-defendant - 403 | | |
| 513 | AirBNB Fuck Biden Photo | 403, prejudicial | | |
| 515 | Rodriguez, Nguyen and Melo in the van | Irrelevant if Rodriguez not a co-defendant - 403 | | |
| 516 | Vehicles caravan photographs (10 total) | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 516.1 | Caravan Photo 1 | 403 irrelevant | | |
| 516.2 | Caravan Photo 2 | 403 irrelevant | | |
| 516.3 | Caravan Photo 3 | 403 irrelevant | | |
| 516.4 | Caravan Photo 4 | 403 irrelevant | | |
| 516.5 | Caravan Photo 5 | 403 irrelevant | | |
| 516.6 | Caravan Photo 6 | 403 irrelevant | | |
| 516.7 | Caravan Photo 7 | 403 irrelevant | | |
| 516.8 | Caravan Photo 8 | 403 irrelevant | | |
| 516.9 | Caravan Photo 9 | 403 Irrelevant as to badalian if rodriguez is not a co-defendant | | |
| 516.10 | Caravan Photo 10 | 403 irrelevant | | |
| 517 | Rodriguez, Nguyen, Badalian and Melo with Fuck Biden flag at Caravan | 403 - prejudicial | | |
| 518 | Rodriguez and Nguyen with Fuck Biden flag at caravan 1 | 403 Irrelevant as to badalian if rodriguez is not a co-defendant | | |
| 519 | Rodriguez and Nguyen with Fuck Biden flag at caravan 2 | 403 Irrelevant as to badalian if rodriguez | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| | | is not a co-defendant | | |
| 520 | Rodriguez with Fuck Biden flag at caravan | 403 Irrelevant as to badalian if rodriguez is not a co-defendant | | |
| 521 | Photo of Gina Bisignano High Heel Notebook | No objection | | |
| 524 | Photograph of Lower West Terrace 1 | No objection | | |
| 525 | Photograph of Lower West Terrace 2 | No objection | | |
| 526 | Photograph of "Tunnel" | No objection | | |
| 527 | Photograph of Inside Rooms | No objection | | |
| 528 | Photograph of Window in ST-2M | No objection | | |
| 529 | Photograph of Furniture in ST-2M | No objection | | |
| 530 | Photograph of ST-2M | No objection | | |
| 531 | Photograph of ST-4M | No objection | | |
| 532 | Photograph of Window in ST-4M | No objection | | |
| 533 | Photograph of Emergency Escape Hood | No objection | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 534 | Photograph from Scott Henderson Facebook at the Ellipse Trump Speech | No objection | | |
| 536 | Enterprise Rental Car Still 1 | No objection | | |
| 537 | Enterprise Rental Car Still 2 | No objection | | |
| 538 | Donald Trump Tweet December 19 | | | |
| Category: 600 | Electronic Devices & Contents | | | |
| 602 | Extracted Contents of Daniel Rodriguez Phone | 403 as to Badalian and Bruton issues, expect P. 22 no obj. | | |
| 602.2 | Scoped conversation with Edward Badalian | Could not locate | | |
| 603 | Edward Badalian's Phone | Could not locate | | |
| 604.01 | Gina Bisignano Telegram Chat _220229 | No objection, if put in context | | |
| 604.02 | Gina Bisignano Telegram Chat_224840 | No objection, if put in context | | |
| 604.03 | Gina Bisignano Telegram Chat _232224 | No objection, if put in context | | |
| 604.04 | Gina Bisignano Telegram Chat _233628 | No objection, if put in context | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 604.05 | Gina Bisignano Telegram Chat _233707 | No objection, if put in context | | |
| 604.06 | Gina Bisignano Telegram Chat _233957 | No objection, if put in context | | |
| 604.07 | Gina Bisignano Telegram Chat _234026 | No objection, if put in context | | |
| 605.1 | Screenshots from Kayla Reifschneider's Phone 1 | No objection if foundation | | |
| 605.2 | Screenshots from Kayla Reifschneider's Phone 2 | No objection if foundation | | |
| 606 | Screenshots from Al Carsten's Phone (15 total) | | | |
| 606.1 | Text to DJ from Al Carsten's Phone 1 | 403 irrelevant to Badalian | | |
| 606.2 | Text to DJ from Al Carsten's Phone 2 | 403 irrelevant to Badalian | | |
| 606.3 | Text to DJ from Al Carsten's Phone 3 | 403 irrelevant to Badalian | | |
| 606.4 | Text to DJ from Al Carsten's Phone 4 | 403 irrelevant to Badalian | | |
| 606.5 | Text to DJ from Al Carsten's Phone 5 | 403 irrelevant to Badalian | | |
| 606.6 | Text to DJ from Al Carsten's Phone 6 | 403 irrelevant to Badalian | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 606.7 | Text to DJ from Al Carsten's Phone 7 | 403 irrelevant to Badalian | | |
| 606.8 | Text to DJ from Al Carsten's Phone 8 | 403 irrelevant to Badalian | | |
| 606.9 | Text to DJ from Al Carsten's Phone 9 | 403 irrelevant to Badalian | | |
| 606.10 | Text to DJ from Al Carsten's Phone 10 | 403 irrelevant to Badalian | | |
| 606.11 | Text to DJ from Al Carsten's Phone 11 | 403 irrelevant to Badalian | | |
| 606.12 | Text to DJ from Al Carsten's Phone 12 | 403 irrelevant to Badalian | | |
| 606.13 | Text to DJ from Al Carsten's Phone 13 | 403 irrelevant to Badalian | | |
| 606.14 | Text to DJ from Al Carsten's Phone 14 | 403 irrelevant to Badalian | | |
| 606.15 | Andy Nguyen and Van from Al Carsten's Phone | 403 irrelevant to Badalian | | |
| Category: 700 | Documents | | | |
| 705 | Congressional Record Senate | No objection | | |
| 706 | Congressional Record House | No objection | | |
| 707 | Senate Concurrent Resolution 1 | No objection | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 708 | House Video Certificate of Authenticity | No objection | | |
| 709 | Senate Video Certificate of Authenticity | No objection | | |
| 710 | Mayor's Order 2021-002 | No objection | | |
| 711 | Farina Video Certificate of Authenticity | No objection | | |
| 712 | Google Certificate of Authenticity Political Trance | No objection | | |
| 713 | Call Detail Records Rodriguez | No objection | | |
| 714 | Call Detail Records Badalian | No objection | | |
| 715 | Call Detail Records Bisignano | No objection | | |
| 717 | Critical Paintball | No objection | | |
| 719 | AirBnb Reservation Records | No objection | | |
| 720 | Enterprise Rental Agreement Summary | No objection | | |
| 721 | Gina Bisignano Plea Agreement | No objection | | |
| Category: 800 | **Physical Evidence** | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 801 | Gina Bisignano High Heel Notebook | No objection | | |
| 802 | Blue taser seized at Edward Badalian residence | No objection | | |
| 803 | Mace pepper gel, sabre and triple action mace seized at Edward Badalian residence | No objection | | |
| 804 | Bear spray seized at Edward Badalian residence | No objection | | |
| 805 | Gas mask seized at Edward Badalian residence | No objection | | |
| 806 | Ski googles seized at Edward Badalian residence | No objection | | |
| 807 | Cobra micro talk radios seized at Edward Badalian residence | No objection | | |
| 808 | Rize paintball gun seized at Edward Badalian residence | No objection | | |
| Category: 900 | Telegram Exhibits | | | |
| 901 | Telegram Video November 1 | 403 - irrelevant | | |
| 901.01 | Screenshot of Telegram message of November 3, at 12:15 | | | |
| 901.02 | Screenshot of Telegram message of November 3, at 12:26 | | | |
| 901.03 | Screenshot of Telegram message of November 3, at 13:37 | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 901.04 | Screenshot of Telegram message of November 4, at 08:39 | No objection, if put in context | | |
| 901.05 | Screenshot of Telegram message of November 4, at 15:46 | No objection, if put in context | | |
| 901.06 | Screenshot of Telegram message of November 5, at 09:39 | No objection, if put in context | | |
| 901.07 | Screenshot of Telegram message of November 5, at 10:54 | No objection, if put in context | | |
| 901.08 | Screenshot of Telegram message of November 5, at 12:01 | No objection, if put in context | | |
| 901.09 | Screenshot of Telegram message of November 5, at 13:14 | No objection, if put in context | | |
| 901.10 | Screenshot of Telegram message of November 6, at 03:50 | No objection, if put in context | | |
| 901.11 | Screenshot of Telegram message of November 6, at 15:06 | No objection, if put in context | | |
| 901.12 | Screenshot of Telegram message of November 6, at 15:44 | No objection, if put in context | | |
| 901.13 | Screenshot of Telegram message of November 6, at 16:11 | No objection, if put in context | | |
| 901.14 | Screenshot of Telegram message of November 6, at 16:13 | No objection, if put in context | | |
| 901.15 | Screenshot of Telegram message of November 6, at 16:18 | No objection, if put in context | | |
| 901.16 | Screenshot of Telegram message of November 6, at 17:31 | No objection, if put in context | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 901.17 | Screenshot of Telegram message of November 6, at 17:45 | No objection, if put in context | | |
| 901.18 | Screenshot of Telegram message of November 6, at 18:13 | No objection, if put in context | | |
| 901.19 | Screenshot of Telegram message of November 8, at 10:51 | No objection, if put in context | | |
| 901.20 | Screenshot of Telegram message of November 8, at 21:33 | No objection, if put in context | | |
| 901.21 | Screenshot of Telegram message of November 9, at 10:02 | No objection, if put in context | | |
| 901.22 | Screenshot of Telegram message of November 9, at 10:25 | No objection, if put in context | | |
| 901.23 | Screenshot of Telegram message of November 9, at 10:26 | No objection, if put in context | | |
| 901.24 | Screenshot of Telegram message of November 9, at 10:59 | No objection, if put in context | | |
| 901.25 | Screenshot of Telegram message of November 9, at 16:40 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 901.26 | Screenshot of Telegram message of November 11, at 19:53 | No objection, if put in context | | |
| 901.27 | Screenshot of Telegram message of November 12, at 17:13 | No objection, if put in context | | |
| 901.28 | Screenshot of Telegram message of November 12, at 17:22 | No objection, if put in context | | |
| 901.29 | Screenshot of Telegram message of November 12, at 17:47 | No objection, if put in context | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 902 | Telegram Video November 13 | 403 - irrelevant | | |
| 902.01 | Screenshot of Telegram message of November 13, at 22:03 | No objection, if put in context | | |
| 902.02 | Screenshot of Telegram message of November 16, at 12:11 | No objection, if put in context | | |
| 902.03 | Screenshot of Telegram message of November 18, at 15:13 | No objection, if put in context | | |
| 902.04 | Screenshot of Telegram message of November 19, at 11:33 | No objection, if put in context | | |
| 902.05 | Screenshot of Telegram message of November 19, at 11:38 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 902.06 | Screenshot of Telegram message of November 19, at 11:40 | No objection, if put in context | | |
| 902.07 | Screenshot of Telegram message of November 19, at 11:42 | No objection, if put in context | | |
| 902.08 | Screenshot of Telegram message of November 19, at 11:42 | No objection, if put in context | | |
| 902.09 | Screenshot of Telegram message of November 19, at 11:46 | No objection, if put in context | | |
| 902.10 | Screenshot of Telegram message of November 19, at 11:49 | No objection, if put in context | | |
| 902.11 | Screenshot of Telegram message of November 19, at 11:52 | No objection, if put in context | | |
| 902.12 | Screenshot of Telegram message of November 19, at 12:37 | No objection, if put in context | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 902.13 | Screenshot of Telegram message of November 23, at 14:54 | No objection, if put in context | | |
| 902.14 | Screenshot of Telegram message of November 23, at 14:57 | No objection, if put in context | | |
| 902.15 | Screenshot of Telegram message of November 24, at 00:45 | No objection, if put in context | | |
| 902.16 | Screenshot of Telegram message of November 24, at 00:52 | No objection, if put in context | | |
| 902.17 | Screenshot of Telegram message of November 25, at 13:02 | No objection, if put in context | | |
| 902.18 | Screenshot of Telegram message of November 29, at 00:25 | No objection, if put in context | | |
| 902.19 | Screenshot of Telegram message of November 30, at 09:14 | No objection, if put in context | | |
| 902.20 | Screenshot of Telegram message of December 1, at 20:35 | No objection, if put in context | | |
| 903 | Telegram Video December 8 | 106- No objection, if reduced to relevant evidence re badalian | | |
| 903.01 | Screenshot of Telegram message of December 9, at 10:04 | No objection, if put in context | | |
| 903.02 | Screenshot of Telegram message of December 9, at 10:13 | No objection, if put in context | | |
| 903.03 | Screenshot of Telegram message of December 9, at 10:19 | No objection, if put in context | | |
| 903.04 | Screenshot of Telegram message of December 9, at 18:12 | No objection, if put in context | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 903.05 | Screenshot of Telegram message of December 9, at 18:12 | No objection, if put in context | | |
| 903.06 | Screenshot of Telegram message of December 12, at 13:55 | No objection, if put in context | | |
| 903.07 | Screenshot of Telegram message of December 12, at 14:04 | No objection, if put in context | | |
| 903.08 | Screenshot of Telegram message of December 12, at 14:07 | No objection, if put in context | | |
| 903.09 | Screenshot of Telegram message of December 13, at 10:01 | No objection, if put in context | | |
| 903.10 | Screenshot of Telegram message of December 14, at 11:49 | No objection, if put in context | | |
| 903.11 | Screenshot of Telegram message of December 14, at 14:08 | No objection, if put in context | | |
| 903.12 | Screenshot of Telegram message of December 14, at 18:57 | No objection, if put in context | | |
| 903.13 | Screenshot of Telegram message of December 14, at 19:01 | No objection, if put in context | | |
| 903.14 | Screenshot of Telegram message of December 14, at 19:05 | No objection, if put in context | | |
| 903.15 | Screenshot of Telegram message of December 14, at 19:06 | No objection, if put in context | | |
| 903.16 | Screenshot of Telegram message of December 14, at 21:33 | No objection, if put in context | | |
| 903.17 | Screenshot of Telegram message of December 16, at 09:11 | No objection, if put in context | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 903.18 | Screenshot of Telegram message of December 16, at 11:36 | No objection, if put in context | | |
| 903.19 | Screenshot of Telegram message of December 17, at 11:35 | No objection, if put in context | | |
| 903.20 | Screenshot of Telegram message of December 17, at 12:18 | No objection, if put in context | | |
| 903.21 | Screenshot of Telegram message of December 17, at 16:59 | No objection, if put in context | | |
| 903.22 | Screenshot of Telegram message of December 17, at 19:02 | No objection, if put in context | | |
| 903.23 | Screenshot of Telegram message of December 17, at 19:06 | No objection, if put in context | | |
| 903.24 | Screenshot of Telegram message of December 17, at 19:10 | No objection, if put in context | | |
| 903.25 | Screenshot of Telegram message of December 17, at 19:11 | No objection, if put in context | | |
| 903.26 | Screenshot of Telegram message of December 17, at 19:13 | No objection, if put in context | | |
| 903.27 | Screenshot of Telegram message of December 17, at 20:59 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 903.28 | Screenshot of Telegram message of December 17, at 21:55 | No objection, if put in context | | |
| 903.29 | Screenshot of Telegram message of December 18, at 07:56 | No objection, if put in context | | |
| 903.30 | Screenshot of Telegram message of December 19, at 00:02 | No objection, if put in context | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 903.31 | Screenshot of Telegram message of December 19, at 00:25 | No objection, if put in context | | |
| 904 | Telegram Video December 19 | 106- No objection, if reduced to relevant evidence re badalian | | |
| 904.01 | Screenshot of Telegram message of December 19, at 11:24 | No objection, if put in context | | |
| 904.02 | Screenshot of Telegram message of December 21, at 14:50 | No objection, if put in context | | |
| 904.03 | Screenshot of Telegram message of December 21, at 14:55 | No objection, if put in context | | |
| 904.04 | Screenshot of Telegram message of December 21, at 15:32 | No objection, if put in context | | |
| 904.05 | Screenshot of Telegram message of December 21, at 19:01 | No objection, if put in context | | |
| 904.06 | Screenshot of Telegram message of December 21, at 19:15 | No objection, if put in context | | |
| 904.07 | Screenshot of Telegram message of December 21, at 19:16 | No objection, if put in context | | |
| 904.08 | Screenshot of Telegram message of December 21, at 19:17 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 904.09 | Screenshot of Telegram message of December 22, at 00:11 | No objection, if put in context | | |
| 904.10 | Screenshot of Telegram message of December 22, at 00:43 | No objection, if put in context | | |
| 904.11 | Screenshot of Telegram message of December 22, at 00:45 | No objection, if put in context | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 904.12 | Screenshot of Telegram message of December 22, at 00:47 | No objection, if put in context | | |
| 904.13 | Screenshot of Telegram message of December 22, at 00:48 | No objection, if put in context | | |
| 904.14 | Screenshot of Telegram message of December 22, at 00:50 | No objection, if put in context | | |
| 904.15 | Screenshot of Telegram message of December 22, at 00:51 | No objection, if put in context | | |
| 904.16 | Screenshot of Telegram message of December 22, at 00:53 | No objection, if put in context | | |
| 904.17 | Screenshot of Telegram message of December 22, at 00:54 | No objection, if put in context | | |
| 904.18 | Screenshot of Telegram message of December 22, at 01:00 | No objection, if put in context | | |
| 904.19 | Screenshot of Telegram message of December 22, at 01:21 | No objection, if put in context | | |
| 904.20 | Screenshot of Telegram message of December 22, at 01:29 | No objection, if put in context | | |
| 904.21 | Screenshot of Telegram message of December 22, at 01:29 | No objection, if put in context | | |
| 904.22 | Screenshot of Telegram message of December 22, at 01:32 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 904.23 | Screenshot of Telegram message of December 22, at 01:43 | No objection, if put in context | | |
| 904.24 | Screenshot of Telegram message of December 22, at 01:51 | No objection, if put in context | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 904.25 | Screenshot of Telegram message of December 22, at 02:04 | No objection, if put in context | | |
| 904.26 | Screenshot of Telegram message of December 22, at 03:00 | No objection, if put in context | | |
| 904.27 | Screenshot of Telegram message of December 22, at 10:31 | No objection, if put in context | | |
| 904.28 | Screenshot of Telegram message of December 22, at 10:48 | No objection, if put in context | | |
| 904.29 | Screenshot of Telegram message of December 22, at 14:03 | No objection, if put in context | | |
| 904.30 | Screenshot of Telegram message of December 22, at 15:31 | No objection, if put in context | | |
| 904.31 | Screenshot of Telegram message of December 22, at 21:34 | No objection, if put in context | | |
| 904.32 | Screenshot of Telegram message of December 22, at 21:45 | No objection, if put in context | | |
| 904.33 | Screenshot of Telegram message of December 22, at 21:45 | No objection, if put in context | | |
| 904.34 | Screenshot of Telegram message of December 22, at 21:55 | No objection, if put in context | | |
| 904.35 | Screenshot of Telegram message of December 22, at 21:55 | No objection, if put in context | | |
| 904.36 | Screenshot of Telegram message of December 23, at 19:46 | No objection, if put in context | | |
| 904.37 | Screenshot of Telegram message of December 23, at 19:47 | No objection, if put in context | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 904.38 | Screenshot of Telegram message of December 23, at 19:49 | No objection, if put in context | | |
| 904.39 | Screenshot of Telegram message of December 23, at 19:51 | No objection, if put in context | | |
| 904.40 | Screenshot of Telegram message of December 23, at 19:53 | No objection, if put in context | | |
| 904.41 | Screenshot of Telegram message of December 23, at 19:55 | No objection, if put in context | | |
| 904.42 | Screenshot of Telegram message of December 23, at 20:21 | No objection, if put in context | | |
| 904.43 | Screenshot of Telegram message of December 23, at 20:38 | No objection, if put in context | | |
| 904.44 | Screenshot of Telegram message of December 24, at 08:31 | No objection, if put in context | | |
| 904.45 | Screenshot of Telegram message of December 25, at 11:19 | No objection, if put in context | | |
| 904.46 | Screenshot of Telegram message of December 25, at 12:06 | No objection, if put in context | | |
| 904.47 | Screenshot of Telegram message of December 25, at 12:47 | No objection, if put in context | | |
| 904.48 | Screenshot of Telegram message of December 25, at 15:44 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 904.49 | Screenshot of Telegram message of December 26, at 14:43 | No objection, if put in context | | |
| 904.50 | Screenshot of Telegram message of December 26, at 14:44 | No objection, if put in context | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 904.51 | Screenshot of Telegram message of December 28, at 15:56 | No objection, if put in context | | |
| 904.52 | Screenshot of Telegram message of December 28, at 17:17 | No objection, if put in context | | |
| 904.53 | Screenshot of Telegram message of December 29, at 22:46 | No objection, if put in context | | |
| 904.54 | Screenshot of Telegram message of December 29, at 22:52 | No objection, if put in context | | |
| 904.55 | Screenshot of Telegram message of December 30, at 10:07 | No objection, if put in context | | |
| 904.56 | Screenshot of Telegram message of December 30, at 15:39 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 904.57 | Screenshot of Telegram message of December 30, at 15:40 | No objection, if put in context | | |
| 904.58 | Screenshot of Telegram message of December 31, at 10:20 | No objection, if put in context | | |
| 904.59 | Screenshot of Telegram message of December 31, at 10:33 | No objection, if put in context | | |
| 904.60 | Screenshot of Telegram message of December 31, at 10:37 | No objection, if put in context | | |
| 904.61 | Screenshot of Telegram message of December 31, at 22:39 | No objection, if put in context | | |
| 904.62 | Screenshot of Telegram message of December 31, at 23:39 | No objection, if put in context | | |
| 905 | Telegram Video December 31 | 106- No objection, if reduced to relevant evidence re badalian | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 905.01 | Screenshot of Telegram message of January 1, at 12:37 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 905.02 | Screenshot of Telegram message of January 1, at 13:52 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 905.03 | Screenshot of Telegram message of January 1, at 13:56 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 905.04 | Screenshot of Telegram message of January 1, at 19:26 | No objection, if put in context | | |
| 905.05 | Screenshot of Telegram message of January 1, at 19:30 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 905.06 | Screenshot of Telegram message of January 1, at 19:32 | No objection, if put in context | | |
| 905.07 | Screenshot of Telegram message of January 1, at 19:33 | No objection, if put in context | | |
| 905.08 | Screenshot of Telegram message of January 1, at 19:35 | No objection, if put in context | | |
| 905.09 | Screenshot of Telegram message of January 2, at 13:49 | No objection, if put in context | | |
| 905.10 | Screenshot of Telegram message of January 2, at 13:59 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 905.11 | Screenshot of Telegram message of January 2, at 16:12 | No objection, if put in context | | |
| 905.12 | Screenshot of Telegram message of January 2, at 17:07 | No objection, if put in context | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 905.13 | Screenshot of Telegram message of January 2, at 17:07 | No objection, if put in context | | |
| 905.14 | Screenshot of Telegram message of January 2, at 17:38 | No objection, if put in context | | |
| 905.15 | Screenshot of Telegram message of January 2, at 17:38 | No objection, if put in context | | |
| 905.16 | Screenshot of Telegram message of January 2, at 17:42 | No objection, if put in context | | |
| 905.17 | Screenshot of Telegram message of January 2, at 18:38 | No objection, if put in context | | |
| 905.18 | Screenshot of Telegram message of January 3, at 01:17 | No objection, if put in context | | |
| 905.19 | Screenshot of Telegram message of January 3, at 07:22 | No objection, if put in context | | |
| 905.20 | Screenshot of Telegram message of January 3, at 07:22 | No objection, if put in context | | |
| 905.21 | Screenshot of Telegram message of January 3, at 10:42 | No objection, if put in context | | |
| 905.22 | Screenshot of Telegram message of January 4, at 09:35 | No objection, if put in context | | |
| 905.23 | Screenshot of Telegram message of January 4, at 09:35 | No objection, if put in context | | |
| 905.24 | Screenshot of Telegram message of January 4, at 09:36 | No objection, if put in context | | |
| 905.25 | Screenshot of Telegram message of January 4, at 10:30 | No objection, if put in context | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 905.26 | Screenshot of Telegram message of January 4, at 10:31 | No objection, if put in context | | |
| 905.27 | Screenshot of Telegram message of January 4, at 15:09 | No objection, if put in context | | |
| 905.28 | Screenshot of Telegram message of January 4, at 15:10 | No objection, if put in context | | |
| 905.29 | Screenshot of Telegram message of January 4, at 17:56 | No objection, if put in context | | |
| 905.30 | Screenshot of Telegram message of January 4, at 18:01 | No objection, if put in context | | |
| 905.31 | Screenshot of Telegram message of January 4, at 22:27 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 905.32 | Screenshot of Telegram message of January 5, at 07:17 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 905.33 | Screenshot of Telegram message of January 5, at 07:24 | No objection, if put in context | | |
| 905.34 | Screenshot of Telegram message of January 5, at 07:24 | No objection, if put in context | | |
| 905.35 | Screenshot of Telegram message of January 5, at 11:53 | No objection, if put in context | | |
| 905.36 | Screenshot of Telegram message of January 5, at 20:49 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 905.37 | Screenshot of Telegram message of January 5, at 23:33 | No objection, if put in context | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 905.38 | Screenshot of Telegram message of January 5, at 23:33 | No objection, if put in context | | |
| 905.39 | Screenshot of Telegram message of January 5, at 23:34 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 905.40 | Screenshot of Telegram message of January 5, at 23:43 | No objection, if put in context | | |
| 905.41 | Screenshot of Telegram message of January 6, at 10:57 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 905.42 | Screenshot of Telegram message of January 6, at 10:58 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 905.43 | Screenshot of Telegram message of January 6, at 11:02 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 905.44 | Screenshot of Telegram message of January 6, at 11:07 | No objection, if put in context | | |
| 905.45 | Screenshot of Telegram message of January 6, at 11:14 | No objection, if put in context | | |
| 905.46 | Screenshot of Telegram message of January 6, at 11:19 | No objection, if put in context | | |
| 905.47 | Screenshot of Telegram message of January 6, at 11:31 | No objection, if put in context | | |
| 905.48 | Screenshot of Telegram message of January 6, at 11:31 | No objection, if put in context | | |
| 905.49 | Screenshot of Telegram message of January 6, at 12:03 | No objection, if put in context | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 905.50 | Screenshot of Telegram message of January 6, at 12:56 | No objection, if put in context | | |
| 905.51 | Screenshot of Telegram message of January 6, at 13:09 | No objection, if put in context | | |
| 905.52 | Screenshot of Telegram message of January 6, at 13:15 | No objection, if put in context | | |
| 905.53 | Screenshot of Telegram message of January 6, at 18:56 | No objection, if put in context | | |
| 905.54 | Screenshot of Telegram message of January 7, at 09:01 | No objection, if put in context | | |
| 905.55 | Screenshot of Telegram message of January 7, at 09:01 | No objection, if put in context | | |
| 905.56 | Screenshot of Telegram message of January 7, at 09:01 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 905.57 | Screenshot of Telegram message of January 7, at 18:29 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 905.58 | Screenshot of Telegram message of January 7, at 18:37 | No objection, if put in context | | |
| 905.59 | Screenshot of Telegram message of January 8, at 08:18 | No objection, if put in context | | |
| 905.60 | Screenshot of Telegram message of January 9, at 11:05 | No objection, if put in context | | |
| 905.61 | Screenshot of Telegram message of January 9, at 19:30 | No objection, if put in context | | |
| 905.62 | Screenshot of Telegram message of January 9, at 20:08 | Objection – hearsay if this is not Badalian or | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| | | Rodriguez | | |
| 905.63 | Screenshot of Telegram message of January 10, at 16:38 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 905.64 | Screenshot of Telegram message of January 11, at 10:18 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 905.65 | Screenshot of Telegram message of January 11, at 12:29 | No objection, if put in context | | |
| 905.66 | Screenshot of Telegram message of January 11, at 14:30 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 906 | Telegram Video December 1 | | | |
| 906.01 | Screenshot of Telegram message of December 2, at 06:09 | No objection, if put in context | | |
| 906.02 | Screenshot of Telegram message of December 2, at 12:13 | No objection, if put in context | | |
| 906.03 | Screenshot of Telegram message of December 3, at 08:12 | No objection, if put in context | | |
| 906.04 | Screenshot of Telegram message of December 3, at 08:14 | No objection, if put in context | | |
| 906.05 | Screenshot of Telegram message of December 3, at 08:17 | No objection, if put in context | | |
| 906.06 | Screenshot of Telegram message of December 3, at 08:18 | No objection, if put in context | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 906.07 | Screenshot of Telegram message of December 3, at 08:32 | No objection, if put in context | | |
| 906.08 | Screenshot of Telegram message of December 3, at 08:37 | No objection, if put in context | | |
| 906.09 | Screenshot of Telegram message of December 3, at 08:38 | No objection, if put in context | | |
| 906.10 | Screenshot of Telegram message of December 3, at 08:51 | No objection, if put in context | | |
| 906.11 | Screenshot of Telegram message of December 3, at 08:57 | No objection, if put in context | | |
| 906.12 | Screenshot of Telegram message of December 3, at 11:31 | No objection, if put in context | | |
| 906.13 | Screenshot of Telegram message of December 6, at 01:55 | No objection, if put in context | | |
| 906.14 | Screenshot of Telegram message of December 6, at 10:22 | No objection, if put in context | | |
| 906.15 | Screenshot of Telegram message of December 6, at 10:23 | No objection, if put in context | | |
| 906.16 | Screenshot of Telegram message of December 6, at 10:26 | No objection, if put in context | | |
| 906.17 | Screenshot of Telegram message of December 6, at 10:29 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 906.18 | Screenshot of Telegram message of December 6, at 10:35 | Objection – hearsay if this is not Badalian or Rodriguez | | |
| 906.19 | Screenshot of Telegram message of December 6, at 11:47 | No objection, if put in context | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 906.20 | Screenshot of Telegram message of December 6, at 12:14 | No objection, if put in context | | |
| 906.21 | Screenshot of Telegram message of December 6, at 12:21 | No objection, if put in context | | |
| 906.22 | Screenshot of Telegram message of December 6, at 12:34 | No objection, if put in context | | |
| 906.23 | Screenshot of Telegram message of December 6, at 12:36 | No objection, if put in context | | |
| 906.24 | Screenshot of Telegram message of December 6, at 12:59 | No objection, if put in context | | |
| 906.25 | Screenshot of Telegram message of December 6, at 13:00 | No objection, if put in context | | |
| 906.26 | Screenshot of Telegram message of December 6, at 13:01 | No objection, if put in context | | |
| 906.27 | Screenshot of Telegram message of December 7, at 17:15 | No objection, if put in context | | |
| 907 | Telegram Video October 24 | | | |
| 907.01 | Screenshot of Telegram message of October 26, at 18:54 | No objection, if put in context | | |
| 907.02 | Screenshot of Telegram message of October 27, at 02:07 | No objection, if put in context | | |
| 907.03 | Screenshot of Telegram message of October 27, at 10:39 | No objection, if put in context | | |
| 907.04 | Screenshot of Telegram message of October 28, at 11:49 | No objection, if put in context | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | DEFENDANT OBJECTIONS | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 907.05 | Screenshot of Telegram message of October 29, at 17:00 | No objection, if put in context | | |
| 907.06 | Screenshot of Telegram message of October 30, at 00:40 | No objection, if put in context | | |
| 907.07 | Screenshot of Telegram message of October 30, at 00:41 | No objection, if put in context | | |
| 907.08 | Screenshot of Telegram message of October 30, at 13:23 | No objection, if put in context | | |
| 907.09 | Screenshot of Telegram message of October 30, at 13:28 | No objection, if put in context | | |
| 908 | Telegram Video January 11 | | | |
| Category: 1000 | Stipulations | | | |
| 1000 | Stipulations of the Parties | | | |
| 1001 | Gazelle Transcript | | | |
| 1002 | Hawa Transcript | | | |