UNITED STATES OF AMERICA

VS.

Edward Badalian

Civil/Criminal No. 21-cr-246-2 (ABJ)

Government ☑ ☐ ☐ ☐
Plaintiff
Defendant
Joint
Court

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| Category: 000 | Video Montages | | | | |
| 001 | U.S. Capitol Police CCTV Camera Montage *All* | | 2/28 | BABOULIS | |
| 002 | Official Proceeding Montage House and Senate Floor Cameras *All* | | 2/28 | STRATTON | |
| Category: 100 | United States Capitol Police Surveillance Video | | | | |
| 101 | USCP Camera 0074 – Interior of Lower West Terrace "Tunnel" *Relevant Times:* 2:40:50 – 2:41:25 2:46:10 – 2:46:35 3:18:45 – 3:19:30 3:50:37 – 3:53:00 | | 3/2 | ARMENTA | |
| 102 | USCP Camera 0944 – Exterior of West Plaza *Relevant Times:* 12:30:00 still shot 12:56:45 still shot 2:00:00 still shot 5:04:00 – 5:15:00 | | 3/2 | ARMENTA | |

FILED
MAR – 6 2023
Clerk. U S District & Bankruptcy
Courts for the District of Columbia

FILED
MAR – 6 2023
Clerk. U S District & Bankruptcy
Courts for the District of Columbia

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 103 | USCP Camera 0944- Time Lapse Video West Plaza *All* | | | | |
| 104 | USCP Camera 0462 – Vice President Evacuated from Senate Office *All* | | 2/28 | BABOULIS | |
| Category: 200 | **Body Worn Camera Video from Metropolitan Police Department Officers, January 6, 2021** | | | | |
| 204 | Body Worn Camera- Officer Fanone, at 15:18 *Relevant Times:* *15:18:39 – 15:22:31* | | 3/1 | MASTONY | |
| 205 | Body Worn Camera – Sergeant Mastony, at 13:35 *Relevant Times:* *13:55:00 – 13:55:36* *14:03:36 – 14:04:13* *14:25:29 – 14:26:15* *14:27:49 – 14:31:49* *14:37:18 – 14:38:01* *14:53:29 – 14:55:27* | | 3/1 | MASTONY | |
| 206 | Body Worn Camera – Sergeant Mastony, at 15:09 *Relevant Time:* *15:18:00 -15:22:39* | | 3/1 | MASTONY | |
| 209 | Body Worn Camera – Mott, at 16:35 *Relevant Times:* *16:30:30 – 16:31:00* *16:35:08 – 16:41:45* | | 3/2 2/28 | ARMENTA BABOULIS | |
| Category: 300 | **Open Source Videos** | | | | |
| 303 | InfoWars Video January 8, 2021 *All* | | 3/1 | BISIGNANO | |
| 304 | GoPro Video, January 6, 2021 *All* | | 3/1 | MASTONY | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 305 | Jeremy Lee Quinn Unblocked Video Full<br>*All* | | 3/1/2023<br>3/1/2023 | ARMENTA<br>BISIGNANO | |
| 306 | LOBS Short Docs Video<br>*All* | | 3/1/2023<br>3/1/2023 | ARMENTA<br>BISIGNANO | 3/6 BADALIAN |
| 307 | Jarrett Robertson NYC Video Full<br>*Relevant Times:*<br>57:49 – 1:00:13 | | 3/6/2023<br>3/1/2023 | BADALIAN<br>BISIGNANO | |
| 308 | Right Side Broadcasting Network Video<br>*Relevant Times:*<br>32:45 – 32:55<br>35:35 – 36:15<br>37:14 – 37:50<br>49:00 – 50:27<br>57:15 – 58:33 | | 3/1/2023<br>3/1/2023 | ARMENTA<br>BISIGNANO | |
| 314 | Video of Giuliani and Eastman Speeches<br>*Relevant Times:*<br>00:33 – 1:34<br>2:55 – 3:34<br>4:59 – 5:27 | | 2/28 | ALMONTE | |
| 315 | Transcript of Giuliani and Eastman Speeches | | 2/28 | ALMONTE | |
| 316 | Video of then-President Trump Speech<br>*Relevant Times:*<br>2:27 – 3:08<br>5:40 – 7:11<br>15:00 – 16:21<br>37:24 – 38:02<br>49:36 – 50:00 | | 2/28 | ALMONTE | |
| 317 | Transcript of then-President Trump Speech | | 2/28 | ALMONTE | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 318 | Alyssa Marotta Washington protest video<br>*Relevant Times:*<br>01:23 -2:00<br>2:31 -2:38<br>4:38 -4:43<br>6:35 -8:42<br>9:37 – 10:13<br>10:37 – 11:45<br>12:44 – 14:29<br>14:59 – 15:10 | | 3/6<br>3/2 | BARULAU<br>ARMENTA | |
| 319 | SCNR/Maranie Rae Stabb video<br>*All* | | 3/6<br>2/28 | BARULAU<br>BARULLS | |
| 320 | Parler Window 349pm 0lmypbT9naSL video<br>*All* | | 3/1 | BISLGNANO | |
| 322.01 | Clip from Documentary Jan. 6 Footage- Speeches at the Ellipse<br>*All* | | 2/28 | ALMOUSTE | |
| 322.02 | Clip from Documentary Jan. 6 Footage- of Lower West Terrace<br>*Relevant Times:*<br>04:32:35 – 04:37:30 | | 3/2 | ARMENTA | |
| Category: 400 | Videos Recovered from Private Individuals | | | | |
| 415 | Bisignano IMG_5062.MOV; Video from Gina Bisignano<br>*All* | | 3/2/2023<br>3/1/2023 | ARMENTA<br>BISIGNANO | |
| 422 | Bisignano IMG_5087.MOV; Video from Gina Bisignano<br>*All* | | 3/1/2023<br>3/1/2023 | BISIGNANO<br>ALMOUSTE | |
| 424 | Bisignano IMG_5092.MOV; Video from Gina Bisignano<br>*All* | | 3/2 | ARMENTA | SHOWN BY DEFENSE |
| 319.1 | Full LENGTH VIDEO of 319 | 3/2 | | ARMENTA | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 425 | Bisignano IMG_5096.MOV; Video from Gina Bisignano *All* | | | BISIGNANO | |
| 436 | Video from Jacob Chansley *All* | | 3/1 2/28 | ARMAN BABOULIS | 3/6 BADALIAN |
| 438 | Melagrano IMG_6658; Video from Melagrano *All* | | 3/1 | BISIGNANO ALMONTE | 3/6 BADALIAN SHOWN BY DEFENSE |
| 439 | Melagrano IMG_6667; Video from Melagrano *All* | | 3/1 | BISIGNANO | |
| 440 | Melagrano IMG_6679; Video from Melagrano *All* | | | | |
| 441 | Howell; Video from Howell *All* | | 3/1 | BISIGNANO | |
| Category: 500 | **Photos** | | | | |
| 504 | Photo- Patriots 45 Chat members on the Mall | | 2/28 | ALMONTE | |
| 506 | Photo- Badalian and Bisignano | | 3/1 | BISIGNANO | |
| 507 | Capitol Grounds photo | | 2/28 | BABOULIS | |
| 508 | Capitol Grounds with Perimeter | | 2/28 | BABOULIS | |
| 509 | Capitol Grounds with "Area Closed" Capitol Police signs on fencing | | 2/28 | BABOULIS | |
| 510 | "Area Closed" Capitol Police sign | | 2/28 | BABOULIS | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 511 | "Area Closed" sign on fencing at Peace Circle | | 2/28 | BABOULIS | |
| 512 | "Souvenir Photo Op" Rodriguez with Escape Hood | | 3/2 | ARMENTA | |
| 513 | AirBNB Fuck Biden Photo | | 2/28 | CARSTENS | |
| 515 | Rodriguez, Nguyen and Melo in the van | | 2/28 | CARSTENS | |
| 516 | Vehicles caravan photographs (10 total) | | | | |
| 516.5 | Caravan Photo 5 | | 2/28 | CARSTENS | |
| 516.6 | Caravan Photo 6 | | 2/28 | CARSTENS | |
| 516.8 | Caravan Photo 8 | | 2/28 | CARSTENS | |
| 516.9 | Caravan Photo 9 | | 2/28 | CARSTENS | |
| 517 | Rodriguez, Nguyen, Badalian and Melo with Fuck Biden flag at Caravan | | 2/28 | CARSTENS | |
| 519 | Rodriguez and Nguyen with Fuck Biden flag at caravan 2 | | 2/28 | CARSTENS | |
| 520 | Rodriguez with Fuck Biden flag at caravan | | 2/28 | CARSTENS | |
| 521 | Photo of Gina Bisignano High Heel Notebook | | 3/1 | BISIGNANO | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 524 | Photograph of Lower West Terrace 1 | | 3/1 2/28 | MASTONY BABOULIS | |
| 525 | Photograph of Lower West Terrace 2 | | 2/28 | BABOULIS | |
| 526 | Photograph of "Tunnel" | | 3/1 2/28 | MASTONY BABOULIS | |
| 527 | Photograph of Inside Rooms | | 2/28 | BABOULIS | |
| 528 | Photograph of Window in ST-2M | | 2/28 | BABOULIS | |
| 529 | Photograph of Furniture in ST-2M | | 2/28 | BABOULIS | |
| 530 | Photograph of ST-2M | | 2/28 | BABOULIS | |
| 531 | Photograph of ST-4M | | 2/28 | BABOULIS | |
| 532 | Photograph of Window in ST-4M | | 2/28 | BABOULIS | |
| 533 | Photograph of Emergency Escape Hood | | | | |
| 534 | Photograph from Scott Henderson Facebook at the Ellipse Trump Speech | | 2/28 | ALMASTE | |
| 536 | Enterprise Rental Car Still 1 | | 3/2 | ARMENTA | |
| 537 | Enterprise Rental Car Still 2 | | 3/2 | ARMENTA | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 538 | Donald Trump Tweet December 19, 2020 | | 3/6 3/2 | BADALIAN ARMENTA | |
| Category: 600 | Electronic Devices & Contents | | | | |
| 603 | Edward Badalian's Phone | | | | |
| 604.01 | Gina Bisignano Telegram Chat _220229 | | 3/1 | BISIGNANO | |
| 604.05 | Gina Bisignano Telegram Chat _233707 | | | | |
| 604.07 | Gina Bisignano Telegram Chat _234026 | | 3/2 | ARMENTA | |
| 605.1 | Screenshots from Kayla Reifschneider's Phone 1 | | 3/2 | ARMENTA | |
| 605.2 | Screenshots from Kayla Reifschneider's Phone 2 | | 3/2 | ARMENTA | |
| 606 | Screenshots from Al Carsten's Phone (15 total) | | | | |
| 606.1 | Text to DJ from Al Carsten's Phone 1 | | 2/28/2023 | CARSTENS | |
| 606.2 | Text to DJ from Al Carsten's Phone 2 | | 2/28 | CARSTENS | |
| 606.3 | Text to DJ from Al Carsten's Phone 3 | | 2/28 | CARSTENS | |
| 606.4 | Text to DJ from Al Carsten's Phone 4 | | 2/28 | CARSTENS | |
| | | | 3/2 | ARMENTA | |

6 of 4

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 606.5 | Text to DJ from Al Carsten's Phone 5 | | 2/28 | CARSTENS | |
| 606.6 | Text to DJ from Al Carsten's Phone 6 | | 2/28 | CARSTENS | |
| 606.7 | Text to DJ from Al Carsten's Phone 7 | | 2/28 | CARSTENS | |
| 606.8 | Text to DJ from Al Carsten's Phone 8 | | 2/28 | CARSTENS | |
| 606.9 | Text to DJ from Al Carsten's Phone 9 | | 2/28 | CARSTENS | |
| 606.10 | Text to DJ from Al Carsten's Phone 10 | | 2/28 | CARSTENS | |
| 606.11 | Text to DJ from Al Carsten's Phone 11 | | 2/28 | CARSTENS | |
| 606.12 | Text to DJ from Al Carsten's Phone 12 | | 2/28 | CARSTENS | |
| 606.13 | Text to DJ from Al Carsten's Phone 13 | | 2/28 | CARSTENS | |
| 606.14 | Text to DJ from Al Carsten's Phone 14 | | 2/28 | CARSTENS | |
| 606.15 | Andy Nguyen and Van from Al Carsten's Phone | | 2/28 | CARSTENS | |
| Category: 700 | Documents | | | | |
| 705 | Congressional Record Senate | | 2/28 | STIPULATION | |
| 607 | TEXT MESSAGE | 3/1/23 | 3/1/23 | BISIGNANO | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 706 | Congressional Record House | | 2/28 | STIPULATION | |
| 707 | Senate Concurrent Resolution 1 | | 3/2 2/28 | ARMENTA STIPULATION | |
| 708 | House Video Certificate of Authenticity | | | | |
| 709 | Senate Video Certificate of Authenticity | | | | |
| 710 | Mayor's Order 2021-002 | | | | |
| 713 | Call Detail Records Rodriguez | | | | |
| 714 | Call Detail Records Badalian | | | | |
| 715 | Call Detail Records Bisignano | | | | |
| 717 | Critical Paintball | | 3/2 | ARMENTA | |
| 719 | AirBnb Reservation Records | | 3/2 | ARMENTA | |
| 720 | Enterprise Rental Agreement Summary | | 3/3 3/2 | FRISHKORN ARMENTA | |
| 721 | Gina Bisignano Plea Agreement | | 3/1 | BISIGNANO | |
| Category: 800 | Physical Evidence | 3/1 | | | |
| 608 | Text Message | | 3/1 | BISIGNANO | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 801 | Gina Bisignano High Heel Notebook | | 3/1 | BISIGNANO | |
| 802 | Blue taser seized at Edward Badalian residence | | 3/2 | ARMENTA | |
| 803 | Mace pepper gel, sabre and triple action mace seized at Edward Badalian residence | | 3/2 | ARMENTA | |
| 804 | Bear spray seized at Edward Badalian residence | | 3/2 | ARMENTA | |
| 805 | Gas mask seized at Edward Badalian residence | | 3/2 | ARMENTA | |
| 806 | Ski googles seized at Edward Badalian residence | | 3/2 | ARMENTA | |
| 807 | Cobra micro talk radios seized at Edward Badalian residence | | 3/2 | ARMENTA | |
| 808 | Rize paintball gun seized at Edward Badalian residence | | 3/2 | ARMENTA | |
| Category: 900 | Telegram Exhibits | | | | |
| 901 | Telegram Video November 1 | | 3/1 | ARMENTA | |
| 901.01 | Screenshot of Telegram message of November 3, at 12:15 | | 3/6 3/1 | BADALIAN ARMENTA | |
| 901.02 | Screenshot of Telegram message of November 3, at 12:26 | | 3/6 3/1 | BADALIAN ARMENTA | |
| 901.03 | Screenshot of Telegram message of November 3, at 13:37 | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 901.04 | Screenshot of Telegram message of November 4, at 08:39 | | 3/1 | ARMENTA | |
| 901.05 | Screenshot of Telegram message of November 4, at 15:46 | | 3/1 | ARMENTA | |
| 901.06 | Screenshot of Telegram message of November 5, at 09:39 | | 3/1 | ARMENTA | |
| 901.07 | Screenshot of Telegram message of November 5, at 10:54 | | 3/1 | ARMENTA | |
| 901.08 | Screenshot of Telegram message of November 5, at 12:01 | | 3/1 | ARMENTA | |
| 901.09 | Screenshot of Telegram message of November 5, at 13:14 | | | | |
| 901.10 | Screenshot of Telegram message of November 6, at 03:50 | | | | |
| 901.11 | Screenshot of Telegram message of November 6, at 15:06 | | 2/28 | ALMONTE | |
| 901.12 | Screenshot of Telegram message of November 6, at 15:44 | | 3/1 | ARMENTA | |
| 901.13 | Screenshot of Telegram message of November 6, at 16:11 | | 3/1 | ARMENTA | |
| 901.14 | Screenshot of Telegram message of November 6, at 16:13 | | | | |
| 901.15 | Screenshot of Telegram message of November 6, at 16:18 | | | | |
| 901.16 | Screenshot of Telegram message of November 6, at 17:31 | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 901.17 | Screenshot of Telegram message of November 6, at 17:45 | | | | |
| 901.18 | Screenshot of Telegram message of November 6, at 18:13 | | | | |
| 901.19 | Screenshot of Telegram message of November 8, at 10:51 | | 3/1 | ARMENTA | |
| 901.20 | Screenshot of Telegram message of November 8, at 21:33 | | | | |
| 901.21 | Screenshot of Telegram message of November 9, at 10:02 | | 3/1 | ARMENTA | |
| 901.22 | Screenshot of Telegram message of November 9, at 10:25 | | 3/1 | ARMENTA | |
| 901.23 | Screenshot of Telegram message of November 9, at 10:26 | | 3/6 3/1 | BADILLAN ARMENTA | |
| 901.24 | Screenshot of Telegram message of November 9, at 10:59 | | 3/1 | ARMENTA | |
| 901.25 | Screenshot of Telegram message of November 9, at 16:40 | | | | |
| 901.26 | Screenshot of Telegram message of November 11, at 19:53 | | | | |
| 901.27 | Screenshot of Telegram message of November 12, at 17:13 | | 3/2 | ARMENTA | |
| 901.28 | Screenshot of Telegram message of November 12, at 17:22 | | 3/2 | ARMENTA | |
| 901.29 | Screenshot of Telegram message of November 12, at 17:47 | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 902 | Telegram Video November 13 | | 3/2 | ARMENTA | |
| 902.01 | Screenshot of Telegram message of November 13, at 22:03 | | | | |
| 902.02 | Screenshot of Telegram message of November 16, at 12:11 | | | | |
| 902.03 | Screenshot of Telegram message of November 18, at 15:13 | | 3/2 | ARMENTA | |
| 902.04 | Screenshot of Telegram message of November 19, at 11:33 | | 3/2 | ARMENTA | |
| 902.05 | Screenshot of Telegram message of November 19, at 11:38 | | 3/2 | ARMENTA | |
| 902.06 | Screenshot of Telegram message of November 19, at 11:40 | | 3/2 | ARMENTA | |
| 902.07 | Screenshot of Telegram message of November 19, at 11:42 | | 3/2 | ARMENTA | |
| 902.08 | Screenshot of Telegram message of November 19, at 11:42 | | | | |
| 902.09 | Screenshot of Telegram message of November 19, at 11:46 | | 3/2 | ARMENTA | |
| 902.10 | Screenshot of Telegram message of November 19, at 11:49 | | 3/2 | ARMENTA | |
| 902.11 | Screenshot of Telegram message of November 19, at 11:52 | | 3/2 | ARMENTA | |
| 902.12 | Screenshot of Telegram message of November 19, at 12:37 | | 3/2 | ARMENTA | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 902.13 | Screenshot of Telegram message of November 23, at 14:54 | | 2/28 | ALMONTE | |
| 902.14 | Screenshot of Telegram message of November 23, at 14:57 | | | | |
| 902.15 | Screenshot of Telegram message of November 24, at 00:45 | | | | |
| 902.16 | Screenshot of Telegram message of November 24, at 00:52 | | | | |
| 902.17 | Screenshot of Telegram message of November 25, at 13:02 | | 3/2 | ARMENTA | |
| 902.18 | Screenshot of Telegram message of November 29, at 00:25 | | 2/28 | ALMONTE | |
| 902.19 | Screenshot of Telegram message of November 30, at 09:14 | | 3/2 | ARMENTA | |
| 902.20 | Screenshot of Telegram message of December 1, at 20:35 | | | | |
| 903 | Telegram Video December 8 | | 3/2 | ALMENTA | |
| 903.01 | Screenshot of Telegram message of December 9, at 10:04 | | 2/28 | ALMONTE | |
| 903.02 | Screenshot of Telegram message of December 9, at 10:13 | | 2/28 | ALMONTE | |
| 903.03 | Screenshot of Telegram message of December 9, at 10:19 | | 2/28 | ALMONTE | |
| 903.04 | Screenshot of Telegram message of December 9, at 18:12 | | 2/28 | ALMONTE | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 903.05 | Screenshot of Telegram message of December 9, at 18:12 | | 2/28 | ALMONTE | |
| 903.06 | Screenshot of Telegram message of December 12, at 13:55 | | | | |
| 903.07 | Screenshot of Telegram message of December 12, at 14:04 | | 3/2 | ARMENTA | |
| 903.08 | Screenshot of Telegram message of December 12, at 14:07 | | 3/2 | ARMENTA | |
| 903.09 | Screenshot of Telegram message of December 13, at 10:01 | | 3/2 | ARMENTA | |
| 903.10 | Screenshot of Telegram message of December 14, at 11:49 | | 3/2 | ARMENTA | |
| 903.11 | Screenshot of Telegram message of December 14, at 14:08 | | 2/28 | ALMONTE | |
| 903.12 | Screenshot of Telegram message of December 14, at 18:57 | | | | |
| 903.13 | Screenshot of Telegram message of December 14, at 19:01 | | | | |
| 903.14 | Screenshot of Telegram message of December 14, at 19:05 | | | | |
| 903.15 | Screenshot of Telegram message of December 14, at 19:06 | | | | |
| 903.16 | Screenshot of Telegram message of December 14, at 21:33 | | | | |
| 903.17 | Screenshot of Telegram message of December 16, at 09:11 | | 3/2 | ARMENTA | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 903.18 | Screenshot of Telegram message of December 16, at 11:36 | | 3/2 | Armenta | |
| 903.19 | Screenshot of Telegram message of December 17, at 11:35 | | | | |
| 903.20 | Screenshot of Telegram message of December 17, at 12:18 | | 3/2 | Armenta | |
| 903.21 | Screenshot of Telegram message of December 17, at 16:59 | | 3/2 | Armenta | |
| 903.22 | Screenshot of Telegram message of December 17, at 19:02 | | 3/2 | Armenta | |
| 903.23 | Screenshot of Telegram message of December 17, at 19:06 | | | | |
| 903.24 | Screenshot of Telegram message of December 17, at 19:10 | | 3/2 | Armenta | |
| 903.25 | Screenshot of Telegram message of December 17, at 19:11 | | | | |
| 903.26 | Screenshot of Telegram message of December 17, at 19:13 | | | | |
| 903.27 | Screenshot of Telegram message of December 17, at 20:59 | | 3/2 | Armenta | |
| 903.28 | Screenshot of Telegram message of December 17, at 21:55 | | 3/2 | Armenta | |
| 903.29 | Screenshot of Telegram message of December 18, at 07:56 | | | | |
| 903.30 | Screenshot of Telegram message of December 19, at 00:02 | | 3/2 | Armenta | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 903.31 | Screenshot of Telegram message of December 19, at 00:25 | | | | |
| 904 | Telegram Video December 19 | | 3/6 3/2 | BADALIAN ALMEUTA | |
| 904.01 | Screenshot of Telegram message of December 19, at 11:24 | | | | |
| 904.02 | Screenshot of Telegram message of December 21, at 14:50 | | | | |
| 904.03 | Screenshot of Telegram message of December 21, at 14:55 | | 3/6 2/28 | BADALIAN ALMONTE | |
| 904.04 | Screenshot of Telegram message of December 21, at 15:32 | | 3/2 | ARMENTA | |
| 904.05 | Screenshot of Telegram message of December 21, at 19:01 | | 3/2 | ARMENTA | |
| 904.06 | Screenshot of Telegram message of December 21, at 19:15 | | 3/2 | ARMENTA | |
| 904.07 | Screenshot of Telegram message of December 21, at 19:16 | | 3/2 | ARMENTA | |
| 904.08 | Screenshot of Telegram message of December 21, at 19:17 | | 3/2 | ARMENTA | |
| 904.09 | Screenshot of Telegram message of December 22, at 00:11 | | 3/2 | ARMENTA | |
| 904.10 | Screenshot of Telegram message of December 22, at 00:43 | | 3/2 | ARMENTA | |
| 904.11 | Screenshot of Telegram message of December 22, at 00:45 | | 3/2 | ARMENTA | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 904.12 | Screenshot of Telegram message of December 22, at 00:47 | | | | |
| 904.13 | Screenshot of Telegram message of December 22, at 00:48 | | | | |
| 904.14 | Screenshot of Telegram message of December 22, at 00:50 | | | | |
| 904.15 | Screenshot of Telegram message of December 22, at 00:51 | | 3/2 | ARMENTA | |
| 904.16 | Screenshot of Telegram message of December 22, at 00:53 | | 3/2 | ARMENTA | |
| 904.17 | Screenshot of Telegram message of December 22, at 00:54 | | 3/2 | BARALIAN | |
| 904.18 | Screenshot of Telegram message of December 22, at 01:00 | | 3/2 | ARMENTA | |
| 904.19 | Screenshot of Telegram message of December 22, at 01:21 | | 3/2 | ARMENTA | |
| 904.20 | Screenshot of Telegram message of December 22, at 01:29 | | | | |
| 904.21 | Screenshot of Telegram message of December 22, at 01:29 | | 2/28 | BARALIAN ALMONTE | |
| 904.22 | Screenshot of Telegram message of December 22, at 01:32 | | 2/28 | ALMONTE | |
| 904.23 | Screenshot of Telegram message of December 22, at 01:43 | | | | |
| 904.24 | Screenshot of Telegram message of December 22, at 01:51 | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 904.25 | Screenshot of Telegram message of December 22, at 02:04 | | 3/2 | ARMENTA | |
| 904.26 | Screenshot of Telegram message of December 22, at 03:00 | | | | |
| 904.27 | Screenshot of Telegram message of December 22, at 10:31 | | 3/2 | ARMENTA | |
| 904.28 | Screenshot of Telegram message of December 22, at 10:48 | | | | |
| 904.29 | Screenshot of Telegram message of December 22, at 14:03 | | | | |
| 904.30 | Screenshot of Telegram message of December 22, at 15:31 | | | | |
| 904.31 | Screenshot of Telegram message of December 22, at 21:34 | | 3/6 3/2 | BHALLAH ARMENTA | |
| 904.32 | Screenshot of Telegram message of December 22, at 21:45 | | 3/6 3/2 | BHALLAH ARMENTA | |
| 904.33 | Screenshot of Telegram message of December 22, at 21:45 | | 3/2 | ARMENTA | |
| 904.34 | Screenshot of Telegram message of December 22, at 21:55 | | 3/2 | ARMENTA | |
| 904.35 | Screenshot of Telegram message of December 22, at 21:55 | | 3/2 | ARMENTA | |
| 904.36 | Screenshot of Telegram message of December 23, at 19:46 | | 2/28 | ALMONTE | |
| 904.37 | Screenshot of Telegram message of December 23, at 19:47 | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 904.38 | Screenshot of Telegram message of December 23, at 19:49 | | 2/28 | ALMASTE | |
| 904.39 | Screenshot of Telegram message of December 23, at 19:51 | | | | |
| 904.40 | Screenshot of Telegram message of December 23, at 19:53 | | | | |
| 904.41 | Screenshot of Telegram message of December 23, at 19:55 | | 2/28 | ALMASTE | |
| 904.42 | Screenshot of Telegram message of December 23, at 20:21 | | 3/2 | ALMASTA | |
| 904.43 | Screenshot of Telegram message of December 23, at 20:38 | | 3/2 | ALMASTA | |
| 904.44 | Screenshot of Telegram message of December 24, at 08:31 | | 3/2 | ARMASTA | |
| 904.45 | Screenshot of Telegram message of December 25, at 11:19 | | | | |
| 904.46 | Screenshot of Telegram message of December 25, at 12:06 | | 3/2 | ARMASTA | |
| 904.47 | Screenshot of Telegram message of December 25, at 12:47 | | 3/2 | ARMASTA | |
| 904.48 | Screenshot of Telegram message of December 25, at 15:44 | | | | |
| 904.49 | Screenshot of Telegram message of December 26, at 14:43 | | 3/2 | ALMASTA | |
| 904.50 | Screenshot of Telegram message of December 26, at 14:44 | | 3/2 | ALMASTA | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 904.51 | Screenshot of Telegram message of December 28, at 15:56 | | 3/2 | ARMENTA | |
| 904.52 | Screenshot of Telegram message of December 28, at 17:17 | | 3/2 3/2 | BADILLAH ARMENTA | |
| 904.53 | Screenshot of Telegram message of December 29, at 22:46 | | 3/2 | ARMENTA | |
| 904.54 | Screenshot of Telegram message of December 29, at 22:52 | | 3/2 | ARMENTA | |
| 904.55 | Screenshot of Telegram message of December 30, at 10:07 | | 3/2 | ARMENTA | |
| 904.56 | Screenshot of Telegram message of December 30, at 15:39 | | | | |
| 904.57 | Screenshot of Telegram message of December 30, at 15:40 | | | | |
| 904.58 | Screenshot of Telegram message of December 31, at 10:20 | | 3/2 | ARMENTA | |
| 904.59 | Screenshot of Telegram message of December 31, at 10:33 | | 3/2 | ARMENTA | |
| 904.60 | Screenshot of Telegram message of December 31, at 10:37 | | 3/2 | ARMENTA | |
| 904.61 | Screenshot of Telegram message of December 31, at 22:39 | | 3/2 | ARMENTA | |
| 904.62 | Screenshot of Telegram message of December 31, at 23:39 | | 3/2 | ARMENTA | |
| 905 | Telegram Video December 31 | | 3/2 3/1 | BADILLAH ARMENTA | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 905.01 | Screenshot of Telegram message of January 1, at 12:37 | | 2/28 | ALMONTE | |
| 905.02 | Screenshot of Telegram message of January 1, at 13:52 | | | | |
| 905.03 | Screenshot of Telegram message of January 1, at 13:56 | | 3/2 | ARMENTA | |
| 905.04 | Screenshot of Telegram message of January 1, at 19:26 | | 2/28 | ALMONTE | |
| 905.05 | Screenshot of Telegram message of January 1, at 19:30 | | 2/28 | ALMONTE | |
| 905.06 | Screenshot of Telegram message of January 1, at 19:32 | | 2/28 | ALMONTE | |
| 905.07 | Screenshot of Telegram message of January 1, at 19:33 | | 2/28 | ALMONTE | |
| 905.08 | Screenshot of Telegram message of January 1, at 19:35 | | | | |
| 905.09 | Screenshot of Telegram message of January 2, at 13:49 | | 3/6 3/2 | BADILLA/ ARMENTA | |
| 905.10 | Screenshot of Telegram message of January 2, at 13:59 | | 3/2 | ARMENTA | |
| 905.11 | Screenshot of Telegram message of January 2, at 16:12 | | 3/2 | ARMENTA | |
| 905.12 | Screenshot of Telegram message of January 2, at 17:07 | | 3/2 2/28 | ARMENTA ALMONTE | |
| 905.13 | Screenshot of Telegram message of January 2, at 17:07 | | 2/28 | ALMONTE | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 905.14 | Screenshot of Telegram message of January 2, at 17:38 | | 2/28 | ALMONTE | |
| 905.15 | Screenshot of Telegram message of January 2, at 17:38 | | 2/28 | ALMONTE | |
| 905.16 | Screenshot of Telegram message of January 2, at 17:42 | | 2/28 | ALMONTE | |
| 905.17 | Screenshot of Telegram message of January 2, at 18:38 | | 3/2 | ARMANTA | |
| 905.18 | Screenshot of Telegram message of January 3, at 01:17 | | | | |
| 905.19 | Screenshot of Telegram message of January 3, at 07:22 | | 3/2 3/2 | BRDNLINN ARMANTA | |
| 905.20 | Screenshot of Telegram message of January 3, at 07:22 | | 3/2 | ARMANTA | |
| 905.21 | Screenshot of Telegram message of January 3, at 10:42 | | 3/2 | ARMANTA | |
| 905.22 | Screenshot of Telegram message of January 4, at 09:35 | | 3/2 | ARMANTA | |
| 905.23 | Screenshot of Telegram message of January 4, at 09:35 | | 3/2 | ARMANTA | |
| 905.24 | Screenshot of Telegram message of January 4, at 09:36 | | 3/2 | ARMANTA | |
| 905.25 | Screenshot of Telegram message of January 4, at 10:30 | | 3/2 | ARMANTA | |
| 905.26 | Screenshot of Telegram message of January 4, at 10:31 | | 3/2 | ARMANTA | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 905.27 | Screenshot of Telegram message of January 4, at 15:09 | | 3/2 | ARMENTA | |
| 905.28 | Screenshot of Telegram message of January 4, at 15:10 | | 3/2 | ARMENTA | |
| 905.29 | Screenshot of Telegram message of January 4, at 17:56 | | | | |
| 905.30 | Screenshot of Telegram message of January 4, at 18:01 | | | | |
| 905.31 | Screenshot of Telegram message of January 4, at 22:27 | | | | |
| 905.32 | Screenshot of Telegram message of January 5, at 07:17 | | 3/2 3/1 3/6 | ARMENTA ALMONTE | BARROWS (3/6/2023) |
| 905.33 | Screenshot of Telegram message of January 5, at 07:24 | | 3/2 | ARMENTA | |
| 905.34 | Screenshot of Telegram message of January 5, at 07:24 | | 3/2 | ARMENTA | |
| 905.35 | Screenshot of Telegram message of January 5, at 11:53 | | | | |
| 905.36 | Screenshot of Telegram message of January 5, at 20:49 | | | | |
| 905.37 | Screenshot of Telegram message of January 5, at 23:33 | | 3/2 | ARMENTA | |
| 905.38 | Screenshot of Telegram message of January 5, at 23:33 | | | | |
| 905.39 | Screenshot of Telegram message of January 5, at 23:34 | | 3/2 | ARMENTA | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 905.40 | Screenshot of Telegram message of January 5, at 23:43 | | 3/2 | ARMENTA | |
| 905.41 | Screenshot of Telegram message of January 6, at 10:57 | | 2/28 | ALMONTE | |
| 905.42 | Screenshot of Telegram message of January 6, at 10:58 | | 2/28 | ALMONTE | |
| 905.43 | Screenshot of Telegram message of January 6, at 11:02 | | | | |
| 905.44 | Screenshot of Telegram message of January 6, at 11:07 | | | | |
| 905.45 | Screenshot of Telegram message of January 6, at 11:14 | | | | |
| 905.46 | Screenshot of Telegram message of January 6, at 11:19 | | | | |
| 905.47 | Screenshot of Telegram message of January 6, at 11:31 | | | | |
| 905.48 | Screenshot of Telegram message of January 6, at 11:31 | | | | |
| 905.49 | Screenshot of Telegram message of January 6, at 12:03 | | | | |
| 905.50 | Screenshot of Telegram message of January 6, at 12:56 | | 3/2 2/28 | ARMENTA ALMONTE | 3/2 ARMENTA |
| 905.51 | Screenshot of Telegram message of January 6, at 13:09 | | | | |
| 905.52 | Screenshot of Telegram message of January 6, at 13:15 | | 2/28 | ALMONTE | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 905.53 | Screenshot of Telegram message of January 6, at 18:56 | | 3/2 | ARMENTA | |
| 905.54 | Screenshot of Telegram message of January 7, at 09:01 | | | | |
| 905.55 | Screenshot of Telegram message of January 7, at 09:01 | | | | |
| 905.56 | Screenshot of Telegram message of January 7, at 09:01 | | | | |
| 905.58 | Screenshot of Telegram message of January 7, at 18:37 | | 3/2 | ARMENTA | |
| 905.59 | Screenshot of Telegram message of January 8, at 08:18 | | 3/2 | ARMENTA | |
| 905.60 | Screenshot of Telegram message of January 9, at 11:05 | | 3/1 | BISIGNANO | |
| 905.61 | Screenshot of Telegram message of January 9, at 19:30 | | 3/1 | BISIGNANO | |
| 905.62 | Screenshot of Telegram message of January 9, at 20:08 | | 3/1 | BISIGNANO | |
| 905.63 | Screenshot of Telegram message of January 10, at 16:38 | | | | |
| 905.64 | Screenshot of Telegram message of January 11, at 10:18 | | 3/2 | ARMENTA | |
| 905.65 | Screenshot of Telegram message of January 11, at 12:29 | | 3/2 | ARMENTA | |
| 905.66 | Screenshot of Telegram message of January 11, at 14:30 | | 3/2 | ARMENTA | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 906 | Telegram Video December 1 | | 3/6<br>3/2 | BADALIAN<br>ALMANZA | |
| 906.01 | Screenshot of Telegram message of December 2, at 06:09 | | 3/2 | ARMENTA | |
| 906.02 | Screenshot of Telegram message of December 2, at 12:13 | | 3/3<br>3/2 | FRISH KORN<br>ALMANTA | |
| 906.03 | Screenshot of Telegram message of December 3, at 08:12 | | 3/2 | ALMANZA | |
| 906.04 | Screenshot of Telegram message of December 3, at 08:14 | | 3/2 | ALMANZA | |
| 906.05 | Screenshot of Telegram message of December 3, at 08:17 | | 3/2 | ALMANZA | |
| 906.06 | Screenshot of Telegram message of December 3, at 08:18 | | 3/2 | ALMANZA | |
| 906.07 | Screenshot of Telegram message of December 3, at 08:32 | | 3/6 | BADALIAN | |
| 906.08 | Screenshot of Telegram message of December 3, at 08:37 | | | | |
| 906.09 | Screenshot of Telegram message of December 3, at 08:38 | | | | |
| 906.10 | Screenshot of Telegram message of December 3, at 08:51 | | 3/2 | ALMANZA | |
| 906.11 | Screenshot of Telegram message of December 3, at 08:57 | | 3/6<br>3/2 | BADALIAN<br>ALMANZA | |
| 906.12 | Screenshot of Telegram message of December 3, at 11:31 | | 3/2 | ALMANZA | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 906.13 | Screenshot of Telegram message of December 6, at 01:55 | | 3/6 3/28 | BADALIAN ALMONTE | |
| 906.14 | Screenshot of Telegram message of December 6, at 10:22 | | 3/2 | ARMENTA | |
| 906.15 | Screenshot of Telegram message of December 6, at 10:23 | | 3/2 | ARMENTA | |
| 906.16 | Screenshot of Telegram message of December 6, at 10:26 | | 3/2 | ARMENTA | |
| 906.17 | Screenshot of Telegram message of December 6, at 10:29 | | 3/2 | ARMENTA | |
| 906.18 | Screenshot of Telegram message of December 6, at 10:35 | | | | |
| 906.19 | Screenshot of Telegram message of December 6, at 11:47 | | 3/2 | ARMENTA | |
| 906.20 | Screenshot of Telegram message of December 6, at 12:14 | | | | |
| 906.21 | Screenshot of Telegram message of December 6, at 12:21 | | 3/6 (both) 3/2 (both) | BADALIAN ARMENTA | |
| 906.22 | Screenshot of Telegram message of December 6, at 12:34 | | 3/6 3/2 | BADALIAN ARMENTA | |
| 906.23 | Screenshot of Telegram message of December 6, at 12:36 | | 3/2 | ARMENTA | |
| 906.24 | Screenshot of Telegram message of December 6, at 12:59 | | | | |
| 906.25 | Screenshot of Telegram message of December 6, at 13:00 | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 906.26 | Screenshot of Telegram message of December 6, at 13:01 | | | | |
| 906.27 | Screenshot of Telegram message of December 7, at 17:15 | | 3/2 | ARMENTA | |
| 907 | Telegram Video October 24 | | 3/6  3/1 | BADALIAN  ARMENTA | |
| 907.01 | Screenshot of Telegram message of October 26, at 18:54 | | 3/1 | ARMENTA | |
| 907.02 | Screenshot of Telegram message of October 27, at 02:07 | | | | |
| 907.03 | Screenshot of Telegram message of October 27, at 10:39 | | 3/1 | ARMENTA | |
| 907.04 | Screenshot of Telegram message of October 28, at 11:49 | | 3/1 | ARMENTA | |
| 907.05 | Screenshot of Telegram message of October 29, at 17:00 | | | | |
| 907.06 | Screenshot of Telegram message of October 30, at 00:40 | | 3/1 | ARMENTA | |
| 907.07 | Screenshot of Telegram message of October 30, at 00:41 | | 3/1 | ARMENTA | |
| 907.08 | Screenshot of Telegram message of October 30, at 13:23 | | 3/1 | ARMENTA | |
| 907.09 | Screenshot of Telegram message of October 30, at 13:28 | | | | |
| Category: 1000 | Stipulations | | 3/2 | ARMAA w SAND | 3/6  3/3  ISAAChAAC  FRISH KORN |
| 908 | TELEGRAM VIDEO  1/11/2021 | | 2/28  3/2 | ALMONSTE  ARMENTA | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|---|
| 1000 | Stipulations of the Parties | | 2/28/2023 | | |
| 1001 | Gazelle Transcript | | 2/28/2023 | | |
| 1002 | Hawa Transcript | | 2/28/2023 | | |
| 1101 | GBAO TOM TESTIMONY BISHANU | 2/28 | 3/3/2023 | CHASTANG | ADMITTED INTO EVIDENCE |
| 1200 | DEMONSTRATIVE EXHIBIT | 3/2 | 3/2 | ARMENTA | |
| 1102 | GBAO IN TRANSIT BISHANU | 3/3/2023 | 3/3/2023 | ADMITTED INTO EVIDENCE | FRISHKORN |
| 1301 | FBI-302 FRISHKORN | 3/3 | | FRISHKORN | |
| 323 | VIDEO | 3/6 | 3/6 | BADDIAN | |