IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-cr-246 (ABJ) |
| | ) | |
| | ) | |
| EDWARD BADALIAN | ) | |

**<u>Defendant's Waiver of Counsel's Personal Appearance for Verdict</u>**

Edward Badalian, through his Attorney, Robert M. Helfend, respectfully files this Notice of Waiver of Counsel for the rendering of the Court's Verdict. Mr. Badalian consents to counsel's appearance via video and the personal presence of local counsel, Kira West for this appearance.

Dated: March 19, 2023                               Respectfully submitted,

By:     /s/
Robert M. Helfend
California Bar No. 113380
23838 Pacific Coast Hwy., No. 309
Malibu, CA 90265
310-456-3317
rmhelfend@gmail.com

By:         /s/
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com


EDWARD BADALIAN

1

## CERTIFICATE OF SERVICE

I hereby certify on the 20th day of March, 2023, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

*/s/ Robert Helfend*