IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-cr-246 (ABJ) |
| | ) | |
| | ) | |
| EDWARD BADALIAN | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

   Edward Badalian, through his Attorney, Robert M. Helfend, respectfully requests this Court continue Mr. Badalian's sentencing hearing from July 21, 2023, to September 22, 2023, September 18, 2023, September 5, 2023, September 8, 2023, or September 15, 2023.

   This Motion is necessary due to witness scheduling issues in defense counsel's pending homicide jury trial where jury selection/ pretrial motions were continued to July 18, 2023.

   After consulting with the Government, the Government does not object to a continuance and is available on the dates mentioned above, as well.

Dated: June 18, 2023                                    Respectfully submitted,

                                                                                     By:     /s/
                                                                                           Robert M. Helfend
                                                                                           California Bar No. 113380
                                                                                           23838 Pacific Coast Hwy., No. 309
                                                                                           Malibu, CA 90265
                                                                                          310-456-3317
                                                                                           rmhelfend@gmail.com

                                                                    By:     /s/
                                                                                          Kira Anne West
                                                                                          DC Bar No. 993523
                                                                                          712 H Street N.E., Unit 509
                                                                                          Washington, D.C. 20002
                                                                                          Phone: 202-236-2042
                                                                                          kiraannewest@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify on the 19th day of June, 2023, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

*/s/ Robert Helfend*