IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-cr-246 (ABJ) |
| | ) | |
| | ) | |
| EDWARD BADALIAN | ) | |

## OPPOSED MOTION TO CONTINUE SENTENCING HEARING

Edward Badalian, through his Attorney, Robert M. Helfend, respectfully requests this Court continue Mr. Badalian's sentencing hearing from September 8, 2023, to September 26, 2023, September 22, 2023, October 27, 2023, October 30, 2023, or October 31, 2023.

This Motion is necessary for the effective preparation of Mr. Badalian's Sentencing Memorandum.

Mr. Badalian's Presentence Report was disclosed on August 14, 2023. The Parties' Sentencing Memorandums are due to the Court by August 28, 2023. 2 weeks is not adequate time to research the various legal theories underlining Probation's finding of Sentencing Enhancements under 2J1.2, as well as review the Probation Report and Mr. Badalian's proposed draft Sentencing Memorandum with Mr. Badalian.

After consulting with the Government, the Government objects to a continuance. The Government has conflicts September 28-October 26, and November 13-21 The Government further believes that a continuance over their objection "should only be… to later in September."

Dated: August 15, 2023                                   Respectfully submitted,

                                        By:   ⎯⎯⎯/s/⎯⎯⎯⎯⎯⎯⎯
                                              Robert M. Helfend
                                              California Bar No. 113380
                                              23838 Pacific Coast Hwy., No. 309
                                              Malibu, CA 90265
                                              310-456-3317
                                              rmhelfend@gmail.com

By:     \_\_\_\_\_/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify on the 15th day of August, 2023, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

*/s/ Robert Helfend*