To whom it may concern,

My family and I know Edward Badalian since he was born. Growing up Edward was amazingly smart and kindhearted boy, full of energy and bright ideas. He was the happiness of the whole family. He was a loved and respected student in every school he attended and was one of the best football players in his high school. I remember how everyone would get amazed of his knowledge and interest to technology.

As a grown man, Edward continues to be a pride of family, protector of his mom and grandmother. His thoughtfulness is overwhelming. He cooks for his family, loves his pets, makes a motorcycle from old bicycles, work hard to support his single mother. He is a brave and trustworthy young man, full of bright ideas and enthusiasm.

Edward loves his country. He has a patriotic spirit and is always ready to protect every bit of his country. He is a proud American who will never think of doing badly to his country. It is unfortunate what Edward is facing right now. He assures us that he was protecting The Capitol and that was the only reason he was there at that day. Me, my family and all who knows Edward, believe and trust that Edward Badalian is saying the truth. We cannot imagine otherwise.

Please, give Edward a chance to explain himself and his purpose. I think our country needs people who are ready to protect our wonderful country. We believe Edward is one of them.

Respectfuly,
Arevik Gevorgyan
Karen Gemdzhyan
Tigran Gemdzhyan
Hovanes Gemdzhyan