# A Mother's Plea

August 10, 2023

Dear United States and it's officials,

This is Edwards's Mom writing. His one and only parent who knows Edward the most inside and out. What he's truly made of. This guy is a spring water who begins in the mountains clear and untouched. Creating his natural path.

Through the course of life and society - where lay many obstacles through roads unknown. Roads have taken him into this vicious corner where he's pushed into a trap. By the hands of unkind men. Edward has no connection with these beings. Since he is incapable of such wrongful actions for which he's blamed for.

He grew up with his cat Mason who was his best friend. He was reading books and getting the highest grades in every class with lots of honors. After Mason's disappearance he adopted kittens Mimi and Moe.

We emigrated from the old country Armenia in 1988 to Los Angeles. Our grandparents are a few of the survivors of the Armenian Genocide in 1915 by the Ottomon Empire. Great Grandma is Bagratuni from Bagratid noble dynasty (c. 885-1045) who was an honorable woman with magickal culinary skills. This is why Edward is a wonderful home chef. Great Grandpa was a superior air plane mechanic for private jets in Paraqar airport in Armenia. Grandpa was an electrical engineer.

Edward took on both traits and with his own knowledge and talent and became a very unique engineer. Edward was studying engineering in Pierce College then in Devry University. He also reinvented Tesla - free electricity for humanity. Even though he did not have the chance to finish college due to our financial difficulties. He started doing major engineering work on his own. For many years he was building model cars and this year he started gathering old bicycles and building them into full motorcycles

with real engines. This far he built three unusual motor bikes (photos attached).

Your honor, give Edward a chance to continue his education. Maybe by government funding since during rally in D.C. he risked his life to protect governments most important building The Capitol from violent invaders who were breaking Capitols windows. I am sure your honor has seen those videos.

Dear your honor your decision is going to decide this young mans future. We are part of the smallest minority group, our families and loved ones are asking you to grant him a pardon.
He's my one and only son who's worried about my health condition which worsened after the feds raided us. Destroying us as humans and our home. Mimi and Moe vanished for days even as animals they were frightened.

Please don't take my son away. I love him and he takes good care of me. And cooks our meals daily.

Respectfully yours,

Lucy D.
Milla D.
LUCY D.
Thomas Schmitz
James E. de Jarnette Ph.D.
Kalki
Alisa Demirchyan
Mimi
Moe
Astghik D.
David G.

Arsen Demirchyan
Christina Djikneyan
Natalie Galustyan
Robert Djikneyan
Narine Demirchyan
Manny Z. Demirchyan
L e D.
Erick Agasyan