To Whom it may concern:

It is with sadness, but hope that I write this letter, because I could have never imagined this scenario for my cousin's future. I have known Edward Badalian since he was a baby, he was my little nephew, who loved to read, played piano, was into sports and was a good student and a good-hearted compassionate person, always trying to help others. His Mom did her best, being an immigrant and a single parent herself, working hard and trying to give her son the American dream she came to this country for.

I have no idea how he ended up in this situation, maybe it was getting involved with the wrong crowd and being manipulated and compelled to act; But I can assure you there was **no** intentional malice or premeditated planning on his part, that's not who Edward is. I know Edward is very remorseful for his actions, and I would hope that the Judge is compassionate and genuine enough to understands that it's possible for everyone to make a regretable mistake **once** in their lives. While the family understands the Judge has a very difficult decision to make, we beg for compassion, forgiveness and consideration for Edward's future and his and his mom's mental health and well-being. Edward is the only child his mom has, he needs your consideration for a second chance and a lesser sentence; a sentence that can help him change his future to the better, with a healthier state of mind. I can't imagine a prison sentence can rehabilitate his undesirable actions, but it will definitely destroy **both** him and his mom's future and well-being.

Your consideration for a lighter sentence to help rehabilitate and give him a second chance at life, so he can be a value and not a burden on society would be greatly respected and valued.

Thank you
Nuneh G
School Admin.