**Gmail**                    **Robert Helfend <rmhelfend@gmail.com>**

## Letter for Edward Badalian
3 messages

**Thomas Schmitz**                          Tue, Jan 24, 2023 at 2:22 PM
To: "rmhelfend@gmail.com" <rmhelfend@gmail.com>

To whom it may concern,

Both my domestic partner and I have known Edward Badalian since he was a small child.

I've watched Edward learn to play golf, piano, and go to school. These activities may seem normal for a young boy, however, it is important to remember that Edward is a first generation immigrant who wasnt necessarily guaranteed all the privileges that a lot of children with parents born on American soil automatically have.

I've always been impressed with Lucy and Edward. After coming to America as an immigrant and becoming a single mother Lucy worked very hard to raise Edward and provide for him.

In these more than twenty years I have watched Edward grow from a small child to a smart and promising young man.

Edward has worked very hard to be accepted as an American and cares deeply for his country.

It has been very difficult to watch Lucy and Edward go through this unfortunate ordeal. It has torn and deeply disturbed every member of his family.

Edward says he was trying to defend the capitol. I believe him.

There is no way Edward would work against the country. He just wouldn't. I know him.

Please give this young man a chance. Listen to him. Listen to his mother.

Edward is telling the truth.