**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 21-cr-246-2 (ABJ)** |
| **EDWARD BADALIAN,** | |
| **Defendant.** | |

**GOVERNMENT'S SENTENCING EXHIBITS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice of the following exhibits in support of its sentencing memorandum.  The United States has uploaded these videos and photos for defense counsel and Chambers to the USAfx platform:

Exhibit 1401: April 4, 2023 Tweet from Ryan J. Reilly

Exhibit 1402:  Video of Edward Badalian Following Verdict 1

Exhibit 1403:  Video of Edward Badalian Following Verdict 2

Exhibit 1404:  Video of Edward Badalian Following Verdict 3

Exhibit 1405:  September 1, 2023 Tweet from Edward Badalian

The United States respectfully requests that these exhibits be made part of the record in this case.  In addition, the United States also cites to government exhibits introduced at trial, which it understands the Court already has access to, and which are already a part of the record in this case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:     _/s/ Anthony W. Mariano_____
ANTHONY W. MARIANO, MA Bar No. 688559
Trial Attorney, Detailee
KIMBERLY L. PASCHALL, D.C. Bar No. 1015665
Assistant United States Attorney
Capitol Siege Section
United States Attorney's Office
for the District of Columbia
601 D Street N.W.
Washington, DC 20530
(202) 476-0319
Anthony.Mariano2@usdoj.gov
(202) 252-2650
Kimberly.Paschall@usdoj.gov