UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 21-cr-246-2 (ABJ) |
| **EDWARD BADALIAN,** | |
| Defendant. | |

GOVERNMENT'S RESPONSE TO THE
COURT'S JULY 22, 2024 MINUTE ORDER

The United States of America, through undersigned counsel, files this response to the Court's July 22, 2024 Minute Order, to apprise the Court of its view of the impact of *Fischer v. United States*, 144 S. Ct. 2176 (2024), on Counts One and Two of the Superseding Indictment, which charges the defendant with violations of 18 U.S.C. § 371 (Count One) and 18 U.S.C. §§ 1512(c)(2) and 2 (Count Two).

On April 4, 2023, this Court found the defendant, Edward Badalian, guilty of three charges for his role in the January 6, 2021 riot. Specifically, the Court found the defendant guilty of Count One (Conspiracy, in violation of 18 U.S.C. § 371); Count Two (Obstruction of an Official Proceeding, Aiding and Abetting, in violation of 18 U.S.C. §§ 1512(c)(2), 2); and Count Ten (Entering and Remaining in a Restricted Building and Grounds, in violation of 18 U.S.C. § 1752(a)(1)). Count One was specifically predicated upon an agreement to violate §1512(c)(2), as this Court found. ECF No. 175, at 33.

On July 2, 2024, the defendant moved for release pending appeal, in light of the Supreme Court's decision in *Fischer v. United States*, 603 U.S. __, 2024 WL 3208034 (June 28, 2024).

1

*See* ECF No. 235.  The United States opposed the motion as premature on July 15, 2024.  *See* ECF No. 236.  On July 22, 2024, the Court denied the motion without prejudice.  *See* Minute Order of July 22, 2024.   The Court further ordered, "If the D.C. Circuit has not ruled on the matter with respect to Mr. Badalian by then, the government must inform the Court of its position on how Fischer affects his convictions on Counts One and Two by August 30, 2024."  *Id.*

The United States agrees that the Supreme Court's holding in *Fischer v. United States* renders certain relevant conclusion of law that the Court made at trial in this case, *see* ECF No. 173, incorrect.  144 S. Ct. 2176.  This may amount to reversible trial error, which warrants vacating the defendant's conviction on Counts One and Two.[1]  *See United States v. Reynoso*, 38 F.4th 1083, 1090–91 (D.C. Cir. 2022).  The United States will not oppose vacatur of these two convictions in the pending appeal before the D.C. Circuit.

Going forward, however, the United States continues to assess what, if any, additional steps may be appropriate under the facts of this case.   The United States is seriously considering seeking additional charges in this case, including a separate conspiracy charge under 18 U.S.C. § 372, for Conspiracy To Impede or Injure Officers.  *See* ECF No. 175, at 3 (finding that the defendant "planned, he tried to organize others, and he went to Washington with a clear intent, the single-minded purpose to keep the transfer of power from taking place").

As this Court knows, the government is currently undergoing a case-by-case analysis

---

[1] Count One charged Conspiracy, in violation of 18 U.S.C. § 371, premised on an alleged conspiracy to violate 18 U.S.C. § 1512(c)(2) and 18 U.S.C. § 1512(c)(1).  A violation of 18 U.S.C. § 1512(c)(1) was separately charged under Count Three.   *See* ECF No. 219 at 4–14, and the Court acquitted the defendant on that count, *see* ECF No. 175 at 42.   The defendant was convicted on Count One based on a conspiracy to violate Section 1512(c)(2).   *See id.* at 33.

involving §1512(c)(2) cases.  *See United States v. Loganbill*, 23-cr-289-ABJ, ECF No. 44 (August 22, 2024).   While no mandate has yet issued or decision been finalized in this case, the government alerts the Court of this to respond in accordance with the Court's Minute Order.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

BY:    */s/ Anthony W. Mariano*
        ANTHONY W. MARIANO, MA Bar No. 688559
        Trial Attorney, Detailee
        KIMBERLY L. PASCHALL, D.C. Bar No. 1015665
        Assistant United States Attorney
        Capitol Siege Section
        United States Attorney's Office
        for the District of Columbia
        601 D Street N.W.
        Washington, DC 20530
        (202) 476-0319
        Anthony.Mariano2@usdoj.gov
        (202) 252-2650
        Kimberly.Paschall@usdoj.gov