# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Crim. Action No. 21-0246-2 (ABJ) |
| EDWARD BADALIAN, | ) |
| Defendant. | ) |

## ORDER

In light of the order and mandate of the U.S. Court of Appeals for the District of Columbia Circuit, Order [Dkt. # 240-1] and Mandate [Dkt. # 240], that the convictions of defendant Edward Badalian (2) under 18 U.S.C. § 1512(c)(2) and 18 U.S.C. § 371 be vacated, it is hereby **ORDERED** that defendant's convictions on Counts One and Two of the superseding indictment, *see* Judgment [Dkt. # 223], are hereby **VACATED**. Defendant's conviction on Count Ten, Entering and Remaining in a Restricted Building or Grounds, for which he was sentenced to a period of twelve months, followed by twelve months of supervised release, is unaffected by this Order.

It is **FURTHER ORDERED** that the video status conference with counsel set for September 23, 2024 is hereby **VACATED**.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE: September 16, 2024